IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TAMEKA L. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-100 |
| | ) | |
| DEPUTY MICHAEL MORTON; | ) | |
| DEPUTY JOSEPH HAWKINS; | ) | |
| CORPORAL BRYAN MEALING; | ) | |
| CORPORAL LESLIE GAITER; | ) | |
| RICHMOND COUNTY SHERIFF'S OFFICE; | ) | |
| SHERIFF EUGENE BRANTLEY; and | ) | |
| RICHARD ROUNDTREE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Richmond County Sheriff's Office and Richard Roundtree based on the failure to state a claim upon which relief may be granted. The case shall proceed in accordance with the Magistrate Judge's July 18, 2025 Order. (See doc. no. 7.)

SO ORDERED this 11th day of August, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA