IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG 25 2025

FILED

**TAMEKA L. WALKER,** )

)

Plaintiff, )

)

v. ) Civil Action No. 1:25-cv-00100-JRH-BKE

)

**MICHAEL MORTON, et al.,** )

)

Defendants. )

**AFFIDAVIT IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

I, Tameka Walker, being duly sworn, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in the above-captioned matter, proceeding pro se in a civil rights action under 42 U.S.C. §1983.

2. I am a single Black mother residing alone with my minor children in Augusta, Georgia. My children's safety and emotional well-being are my highest priority.

3. I have not harassed or retaliated against any party in this case. I have conducted myself with integrity and professionalism throughout this litigation.

4. However, I am afraid. Given the nature of my claims and the history of civil rights violations involving the Richmond County Sheriff's Office—including documented cases of retaliation, excessive force, and racial intimidation—I believe that the risk of retaliation against me or my family is real and imminent.

5. I respectfully request that the Court issue a Protective Order to shield me from any form of harassment, intimidation, or unauthorized contact by the Defendants or their agents.

6. I further request that the Court seal or redact any filings that contain personally identifiable information, including my home address, phone number, and references to my children.

7. I am asserting my constitutional rights not only for myself, but for the broader cause of justice and accountability. I ask the Court to recognize the vulnerability of my position and to grant the protections necessary for me to litigate safely and fairly.

Executed this 25th day of August 2025.

Respectfully submitted,

/s/ Tameka Walker

Tameka Walker

Tameka Walker

Pro Se Plaintiff

2301 Summit Court Augusta, Ga, 30906

(706)261-3242