U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 22 2025

FILED

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

**Civil Action No.: 1:25-cv-00100**

**AFFIDAVIT OF TAMEKA WALKER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Tameka Walker, being duly sworn, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in the above-captioned matter and submit this affidavit in support of my Motion for Summary Judgment.
2. On September 13, 2023, I was stopped by Deputy Michael Morton of the Richmond County Sheriff's Office near Windsor Spring Road and Tobacco Road in Augusta, Georgia.
3. At the time of the stop, no citation was issued. I was placed in custody and transported from the scene without a clear explanation or lawful basis.
4. The citation was issued only after I had been transported, as confirmed by the timestamp visible in the bodycam footage.
5. I previously submitted bodycam footage to the Clerk of Court, which remains in the Court's possession. I respectfully request that the Court consider this footage as part of the evidentiary record in support of my Motion for Summary Judgment.
6. I recently obtained the CAD Report from the Richmond County Sheriff's Office, which documents the traffic stop and confirms that it was marked "Routine" and that no citation was issued at the time of the stop. A true and correct copy of this report is attached hereto as **Exhibit A.**
7. The CAD Report lists only three officers present, but the bodycam footage clearly shows five to seven officers on scene, indicating procedural irregularities and underreporting.
8. Deputy Leslie Gaiter, who approved the arrest report, was under Internal Affairs investigation as of September 6, 2023—just days before my arrest.
9. Deputy Joseph Hawkins, the K-9 handler present at the scene, has a documented history of alleged false alerts and prior misconduct.

10. I am a pro se litigant pursuing federal civil rights claims under 42 U.S.C. § 1983 for unlawful seizure, retaliation, and due process violations.
11. I respectfully request that the Court grant summary judgment in my favor based on the undisputed facts and constitutional violations committed by the named Defendants in both their individual and official capacities.
12. As of the date of this filing, all named Defendants have failed to plead or otherwise respond to the Complaint within the time prescribed by law. Defendants were served on or about July 22, 2025, and the 60-day deadline to respond expired on September 20, 2025. Their failure to respond further supports Plaintiff's request for summary judgment and entry of default.

Executed on this 22nd day of September 2025.

**Tameka Walker**

Tameka Walker

Tameka Walker
Pro Se Plaintiff
2301 Summit Court Augusta, Georgia, 30906
706-830-9938
Walkertameka70@gmail.com

# Call For Service Detail Report - CFS 497

| | | | | | |
|---|---|---|---|---|---|
| **Address** | WDINSR SPRING RD/ TOBACCO RD | | | | |
| **Common Name** | | | | | |
| **Custom Layer** | | **Census Tract** | | | |
| **Beat** | | **Quadrant** | | **District** | |
| **Caller Name** | | **Caller Phone** | | **Call Taker** | augusta\[redacted] O.C. |
| **Create Date** | 9/13/2023 3:26:21 PM | **Clear Date** | 9/13/2023 4:22:42 PM | **Nature Of Call** | |

## Agencies

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| TS | Routine | 3 | augusta[redacted] O.C. | 9/13/2023 3:26:21 PM |

## Call Narrative

*** 9/13/2023 ***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 3:26:21 PM | WHITE SEDANL | Nguyen,Jessica | | E911LT |
| 3:49:00 PM | X1 FEMAL BM130930 | Papillon,Watson | | E911MARSH |
| 3:55:51 PM | EM130934 | Papillon,Watson | | E911MARSH |

## EMD Narrative

| Time | Description | User |
|---|---|---|

## Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

## Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| | | | Plate Inquiry | | SC | WXZ714 |

## Call Dispositions

| Name | Count |
|---|---|
| 05 | 1 |
| 10 | 1 |
| 07 | 1 |

## Unit Dispositions

| Name | Count | Unit Number | Disposition Date |
|---|---|---|---|

## Call Log

***** 9/13/2023 *****

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 3:26:21 PM | Narrative Added | WHITE SEDANL | Jessica Nguyen | E911LT |
| 3:26:21 PM | Vehicle Added | Quick Call - Plate No: WXZ714, State: SC; | Jessica Nguyen | E911LT |
| 3:26:21 PM | Call Created | New call created. Call Type: TS, Location: WDINSR SPRING RD/ TOBACCO RD | Jessica Nguyen | E911LT |
| 3:26:21 PM | Agency Context Added | Police Call Type Added. Call Type: TS, Status: Routine, Priority: 3 | Jessica Nguyen | E911LT |
| 3:26:21 PM | Incident Created | Added Incident Number, ORI: GA1210000, Number: 2023-00174960 | Jessica Nguyen | |
| 3:26:21 PM | Unit Location | Unit S2 Secondary Location: Secondary Location Cleared | Jessica Nguyen | E911LT |
| 3:26:21 PM | Unit Status Action | Unit S2 On Scene | Jessica Nguyen | E911LT |
| 3:26:21 PM | Call Ready for Dispatch | Call marked ready for dispatch | Jessica Nguyen | E911LT |
| 3:26:35 PM | Unit Location | Unit C5 Secondary Location: Secondary Location Cleared | Jessica Nguyen | E911LT |
| 3:26:35 PM | Unit Status Action | Unit C5 On Scene | Jessica Nguyen | E911LT |
| 3:27:56 PM | Unit Location | Unit K2 Secondary Location: Secondary Location Cleared | Jessica Nguyen | E911LT |
| 3:27:56 PM | Unit Status Action | Unit K2 On Scene | Jessica Nguyen | E911LT |
| 3:49:00 PM | Unit Location | Unit S2 Secondary Location: RCJ | Watson Papillon | E911MARSH |
| 3:49:00 PM | Unit Status Action | Unit S2 Depart Scene | Watson Papillon | E911MARSH |
| 3:49:00 PM | Narrative Added | X1 FEMAL BM130930 | Watson Papillon | E911MARSH |
| 3:51:07 PM | Unit Status Action | Unit C5 Available | Watson Papillon | E911MARSH |
| 3:55:51 PM | Unit Status Action | Unit S2 At 2nd | Watson Papillon | E911MARSH |
| 3:55:51 PM | Narrative Added | EM130934 | Watson Papillon | E911MARSH |
| 3:58:05 PM | Unit Status Action | Unit K2 Available | Watson Papillon | E911MARSH |
| 4:22:42 PM | Disposition Changed | Added: 05 Count 1,10 Count 1,07 Count 1 | Watson Papillon | E911MARSH |
| 4:22:42 PM | Unit Status Action | Unit S2 Available | Watson Papillon | E911MARSH |
| 4:22:42 PM | Call Cleared | Close Call | Watson Papillon | E911MARSH |

**Unit Log**

***** 9/13/2023 *****

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 3:26:21 PM | Unit Location | Secondary Location Cleared | S2 | On Scene | Jessica Nguyen | E911LT |
| 3:26:21 PM | Unit Status Change | On Scene | S2 | On Scene | Jessica Nguyen | E911LT |
| 3:26:21 PM | Unit Status Change | Dispatched Call Number: 497, Assigned Location: WDINSR SPRING RD/ TOBACCO RD, Call Type: TS | S2 | On Scene | Jessica Nguyen | E911LT |
| 3:26:35 PM | Unit Location | Secondary Location Cleared | C5 | On Scene | Jessica Nguyen | E911LT |
| 3:26:35 PM | Unit Status Change | On Scene | C5 | On Scene | Jessica Nguyen | E911LT |
| 3:26:35 PM | Unit Status Change | Dispatched Call Number: 497, Assigned Location: WDINSR SPRING RD/ TOBACCO RD, Call Type: TS | C5 | On Scene | Jessica Nguyen | E911LT |
| 3:26:35 PM | Unit Location | WDINSR SPRING RD/ TOBACCO RD | C5 | On Scene | Jessica Nguyen | E911LT |
| 3:27:35 PM | NCIC Request | Person - DL Number: O.C.G.A. § | S2 | On Scene | Michael Morton | SOMDTS3415 |
| 3:27:56 PM | Unit Location | Secondary Location Cleared | K2 | On Scene | Jessica Nguyen | E911LT |
| 3:27:56 PM | Unit Status Change | On Scene | K2 | On Scene | Jessica Nguyen | E911LT |
| 3:27:56 PM | Unit Status Change | Dispatched Call Number: 497, Assigned Location: WDINSR | K2 | On Scene | Jessica Nguyen | E911LT |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SPRING RD/ TOBACCO RD. Call Type: TS | | | | |
| 3:27:56 PM | Unit Location | WDINSR SPRING RD/ TOBACCO RD | K2 | On Scene | Jessica Nguyen | E911LT |
| 3:28:15 PM | NCIC Request | Vehicle - Plate: WXZ714 | S2 | On Scene | Michael Morton | SOMDTS3415 |
| 3:28:21 PM | NCIC Request | Vehicle - Plate: WXZ714; Plate State: SC | S2 | On Scene | Michael Morton | SOMDTS3415 |
| 3:39:29 PM | NCIC Request | Person - DL Number: O.C.G.A. § DL State: SC | S2 | On Scene | Michael Morton | SOMDTS3415 |
| 3:43:36 PM | NCIC Request | Person - DL Number: O.C.G.A. § | S2 | On Scene | Michael Morton | SOMDTS3415 |
| 3:49:00 PM | Unit Location | RCJ | S2 | Depart Scene | Watson Papillon | E911MARSH |
| 3:49:00 PM | User Entry | X1 FEMAL BM130930 | S2 | Depart Scene | Watson Papillon | E911MARSH |
| 3:49:00 PM | Unit Status Change | Depart Scene | S2 | Depart Scene | Watson Papillon | E911MARSH |
| 3:51:07 PM | Unit Status Change | Available | C5 | Available | Watson Papillon | E911MARSH |
| 3:51:07 PM | Unit Cleared | Unit Cleared From Call | C5 | Available | Watson Papillon | E911MARSH |
| 3:55:51 PM | User Entry | EM130934 | S2 | At 2nd | Watson Papillon | E911MARSH |
| 3:55:51 PM | Unit Status Change | At 2nd | S2 | At 2nd | Watson Papillon | E911MARSH |
| 3:58:05 PM | Unit Status Change | Available | K2 | Available | Watson Papillon | E911MARSH |
| 3:58:05 PM | Unit Cleared | Unit Cleared From Call | K2 | Available | Watson Papillon | E911MARSH |
| 4:22:42 PM | Unit Status Change | Available | S2 | Available | Watson Papillon | E911MARSH |
| 4:22:42 PM | Unit Cleared | Unit Cleared From Call | S2 | Available | Watson Papillon | E911MARSH |

## Incidents

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2023-00174960 | GA1210000: Richmond County Sheriff's Office | TS |

## Units

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| S2 (Primary) | | C883 MORTON | GA1210000: Richmond County Sheriff's Office |
| C5 | C5 | B934 MEALING | GA1210000: Richmond County Sheriff's Office |
| K2 | K2 | C223 HAWKINS | GA1210000: Richmond County Sheriff's Office |

## E911 Data

| Time | Position | Class of Service | Location | Qualifier | Lat/Lon | Elevation | Uncertainty |
|---|---|---|---|---|---|---|---|

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| O.C.G.A. § 40-5-2(b) | **2** (1)<br>**3** (2) | O.C.G.A. § 40-5-2(b) |
| O.C.G.A. §50-18-72(a)(21) | **1** (2) | O.C.G.A. §50-18-72(a)(21) |