IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 29 2025

FILED

TAMEKA WALKER,

Plaintiff,

v.

DEPUTY MICHAEL MORTON, in his individual and official capacity;

CORPORAL BRYAN MEALING, in his individual and official capacity;

DEPUTY JOSEPH HAWKINS, in his individual and official capacity;

DEPUTY LESLIE GAITER, in his individual and official capacity;

SHERIFF EUGENE BRANTLEY, in his official capacity,

Defendants.

Civil Action No.: 1:25-cv-00100

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

COMES NOW Plaintiff Tameka Walker, pro se, and respectfully requests that the Clerk of Court enter default against Defendants Michael Morton, Bryan Mealing, Joseph Hawkins, Leslie Gaiter, and Eugene Brantley pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Defendants were served through their counsel, Davis A. Dunaway, Esq., on or about July 22, 2025, as reflected in the Waivers of Service filed on the docket. Pursuant to Rule 12(a)(1)(A)(ii), Defendants had sixty (60) days to file an Answer or responsive pleading. That deadline expired on September 22, 2025.

As of the date of this filing, Defendants have failed to file any Answer, Motion, or other responsive pleading. Their silence constitutes a failure to defend, and Plaintiff is entitled to entry of default.

Plaintiff has filed a Motion for Summary Judgment supported by sworn affidavit, Statement of Undisputed Material Facts, and authenticated exhibits. The record reflects clear constitutional violations under 42 U.S.C. § 1983, and Defendants have offered no rebuttal.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against all named Defendants in accordance with Rule 55(a), and that this matter proceed toward judgment in favor of Plaintiff.

Respectfully submitted,

**Tameka Walker**

Tameka Walker

Tameka Walker

Pro Se Plaintiff

2301 Summit Ct Augusta, Georgia, 30906

706-830-9938

Walkertameka70@gmail.com

Date: September 29, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

TAMEKA WALKER,

Plaintiff,

v.

DEPUTY MICHAEL MORTON, et al.,

Defendants.

Civil Action No.: 1:25-cv-00100

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2025, I served a true and correct copy of the Plaintiff's Request for Clerk's Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure via U.S. Mail, First-Class Postage Prepaid, addressed to:

**Davis A. Dunaway, Esq.**

Attorney for Defendants

801 Broad St, Ste 700, Augusta, GA 30901

Respectfully submitted

**Tameka Walker**

Tameka Walker

Tameka Walker

Pro Se Plaintiff

2301 Summit Court Augusta, Georgia, 30906

706-830-9938

Walkertameka70@gmail.com

Date: September 29, 2025