IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TAMEKA L. WALKER,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF EUGENE BRANTLEY,<br>DEPUTY MICHAEL MORTON,<br>DEPUTY JOSEPH HAWKINS,<br>CORPORAL BRYAN MEALING and<br>CORPORAL LESLIE GAITER,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 1:25-cv-100 |

## JOINT STATUS REPORT

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

   ☐ YES ☒ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?

   ☐ Private Mediator ☐ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   N/A

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   N/A

This 15th day of June, 2026.

/s/ *Tameka L Walker*
Tameka Walker
Plaintiff, Pro Se

/s/ ***Davis A. Dunaway***
Davis A. Dunaway
Attorney for Defendants

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Joint Status Report** with the Clerk of Court using the CM/ECF system and served upon all parties via email to Plaintiff, Pro Se Tameka Walker at walkertameka70@gmail.com.

This 15th day of June, 2026.

/s/ Davis A. Dunaway
Davis A. Dunaway