IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAMEKA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY MICHAEL MORTON;<br>DEPUTY JOSEPH HAWKINS;<br>CORPORAL BRYAN MEALING;<br>CORPORAL LESLIE GAITER; and<br>SHERIFF EUGENE BRANTLEY,<br><br>Defendants. | Civil Action File No.: 1:25-CV-00100<br><br>**MOTION FOR SUMMARY JUDGMENT** |

NOW COMES Defendants Michael Morton, Joseph Hawkins, Bryan Mealing, Corporal Leslie Gaiter, and Sheriff Eugene Brantley ("Defendants"), and move the Court for summary judgment in their favor on the following grounds:

1. There is no genuine issue as to any material fact in relation to the plaintiff's claims against these defendants.

2. These defendants are, therefore, entitled to judgment as a matter of law.

3. This Motion is based upon and supported by the pleadings, the attached Memorandum of Law, the attached Statement of Undisputed Material Facts, the attached exhibits, and the record in the said case.

WHEREFORE, these defendants pray their Motion for Summary Judgment will be granted and that judgment will be entered on their behalf together with all costs of the Court.

This 15th day of July, 2026.

*/s/ Davis A. Dunaway*
Davis A. Dunaway
Georgia Bar Number: 232092
*Attorney for Defendants*

Of Counsel:

Hull Barrett, PC
Post Office Box 1564
Augusta, Georgia 30903-1564
(706) 722-4481 (telephone)
ddunaway@hullbarrett.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Defendants' Motion for Summary Judgment** with the Clerk of Court using the NextGen CM/ECF system and served upon the plaintiff, pro se, by electronic mail and by depositing a copy of same in the United States Mail with proper postage affixed thereto to ensure proper delivery to the following:

Tameka Walker
407 Woodhazel Way
Hephzibah, GA 30815
Walkertameka70@gmail.com

This 15th day of July, 2026.

*/s/ Davis A. Dunaway*
Davis A. Dunaway