# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAMEKA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY MICHAEL MORTON;<br>DEPUTY JOSEPH HAWKINS;<br>CORPORAL BRYAN MEALING;<br>CORPORAL LESLIE GAITER; and<br>SHERIFF EUGENE BRANTLEY,<br><br>Defendants. | Civil Action File No.: 1:25-CV-00100<br><br>**DECLARATION OF DEPUTY MICHAEL MORTON** |

1. My name is Michael Morton. I am over the age of 21 and am competent to provide this Declaration. I make this Declaration based upon my own personal knowledge and for all purposes allowed by law.

2. I have been employed by the Sheriff of Richmond County as a Deputy Sheriff since 2020. In September of 2023, I was a Senior Deputy in the Special Operations Division of the Richmond County Sheriff's Office.

3. On September 13, 2023, I initiated a traffic stop of the vehicle driven being driven by the plaintiff, Tameka Walker, on Windsor Spring Road near its intersection with Tobacco Road for observed excessively dark window tint.

4. While I was performing a routine records check on plaintiff and verifying her information consisting of driver's license, insurance and registration of the vehicle, Deputy Hawkins and his K-9 performed an open air sniff around plaintiff's vehicle.

5. The open air sniff occurred within two to three minutes of my traffic stop of the plaintiff and before I completed performing the routine records check on plaintiff and verifying her information consisting of driver's license, insurance and registration of the vehicle.

6. Upon the K-9 alerting during the open air sniff, a search of the plaintiff's vehicle was conducted.

7. During the search of the plaintiff's vehicle, a white powdery substance that field tested positive for methamphetamine, two pills identified as oxycodone pills, and approximately 20 grams of marijuana were discovered.

8. The oxycodone pills were identified based upon my training and experience in narcotics to recognize controlled substances, based upon the distinct markings and the characteristics of the oxycodone pills.

9. I used the website drugs.com and its pill identifier to visually match the appearance, markings, and characteristics of the oxycodone pills to confirm the identification.

10. Drugs.com is an accepted resource used by deputies as a reliable source to confirm pill identity.

11. Attached as Exhibit "1" is a true and correct copy of case report 2023-00174960 that I prepared concerning the traffic stop of the plaintiff on September 13, 2023 and the events that transpired following the traffic stop resulting in the arrest of the plaintiff. This report accurately describes the events of September 13, 2023.

12. I transported and committed plaintiff to the Charles B. Webster Detention Center on the felony charges of Possession of Methamphetamine and Possession of Oxycodone and issued a citation to plaintiff for window tint violation. No warrant for misdemeanor possession of marijuana was taken out as it was pending district attorney review.

13. All of my actions that occurred on September 13, 2023 and that are detailed in Exhibit "1" were carried out in the performance of my normal job duties as a Deputy with the Richmond County Sheriff's Office and were within the discretionary authority delegated to me by my employer, Richard Roundtree, who was the Sheriff of Richmond County at the time.

14. I did not have any evidence or information before me that would suggest that my actions or the actions of Deputies Hawkins, Mealing or Gaiter or Sheriff Brantley would violate any of the plaintiff's constitutional rights.

15. Attached as Exhibit "2" is a true and correct copy of body camera footage taken by me as I conducted the traffic stop of the plaintiff, during my time on Windsor Springs Road, my transport of the plaintiff, and up until the time I completed my duties there.

16. All of my actions with respect to the plaintiff on September 13, 2023 and all of my actions that are detailed in Exhibits "1-2" were carried out in the performance of my normal job duties as a Deputy with the Richmond County Sheriff's Office and were within the discretionary authority delegated to me by my employer, Richard Roundtree, who was the Sheriff of Richmond County at the time.

17. Attached as Exhibit "3" is a true and correct copy of the chain of custody for the marijuana, methamphetamines, and oxycodone pills in case number 23-174960. As this case involved felony charges of possession of methamphetamine and possession of oxycodone, the chain of custody for case number 23-174960 is marked felony.

18. I do not have any evidence or information before me that would suggest that my actions or the actions of any other officer with the Richmond County Sheriff's Office or Sheriff Brantley violated any of the plaintiff's constitutional rights.

19. I did not have any malice, personal animus, ill will, or spite toward the plaintiff.

20. I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July, 2026.

Morton

Michael Morton

# EXHIBIT 1

# Richmond County Sheriff's Office

**CASE REPORT**

CASE# 2023-00174960

400 Walton Way
Augusta, GA 30901

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 9/13/2023 15:26 | (3500) Dangerous Drugs | |
| **OCCURRED FROM DATE/TIME** | **OCCURRED THRU DATE/TIME** | **LOCATION OF OCCURRENCE** |
| 09/13/2023 15:26 | 09/13/2023 15:26 | WINDSOR SPRING RD Hephzibah, GA |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 16-13-30.K.4 POSSESSION OF METHAMPHETAMINE | 1 | Commit |
| 02 | 16-13-30.Z.17 POSSESSION OF OXYCODONE | 1 | Commit |
| 03 | 16-13-30M.A.2 POSSESSION OF MARIJUANA-MISDEMEANOR | 1 | Commit |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Arrested | | WALKER, TAMEKA L | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| [redacted] | 37 | 2523 TEAKWOOD DR Hephzibah, GA 30815 | | | | |
| **RACE** | | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** |
| | | Female | 5'04" 5'04" | 134 134 | Black | Brown |
| **DL NUMBER/STATE** | | **PRIMARY PHONE** | **PHONE #2** | **PHONE #3** | | |
| [redacted] GA | | [redacted] | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Other | | Staley, Devonta Lamount | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| [redacted] | 26 | 207 Peach Leaf CIR Ridge Spring, SC 29129 | | | | |
| **RACE** | | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** |
| Black or African American | | Male | 5'10" 5'10" | 130 130 | Black | Brown |
| **DL NUMBER/STATE** | | **PRIMARY PHONE** | **PHONE #2** | **PHONE #3** | | |
| [redacted] SC | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Juvenile Other | | [redacted] | | | | |
| **DOB** | **AGE or AGE RANGE** | **ADDRESS (STREET, CITY, STATE, ZIP)** | | | | |
| [redacted] | 16 | 2523 Teakwood DR Hephzibah, GA 30815 | | | | |
| **RACE** | | **SEX** | **HEIGHT or RANGE** | **WEIGHT or RANGE** | **HAIR** | **EYE** |
| Black or African American | | Female | | | Black | Brown |
| **DL NUMBER/STATE** | | **PRIMARY PHONE** | **PHONE #2** | **PHONE #3** | | |
| | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MORTON , MICHAEL C883 | 9/13/2023 | PHILLIPS, AARON C. |

# Richmond County Sheriff's Office

**CASE REPORT**

400 Walton Way

Augusta, GA 30901

2023-00174960

## ADDITIONAL SUBJECTS

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Juvenile Other | | [redacted] | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| [redacted] | 7 | 2523 Teakwood DR Hephzibah, GA 30815 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| Black or African American | | Female | | | Black | Brown | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |
| | | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MORTON , MICHAEL C883 | 9/13/2023 | PHILLIPS, AARON C. |

# Richmond County Sheriff's Office

**CASE REPORT** CASE# **2023-00174960**

400 Walton Way
Augusta, GA 30901

## VEHICLES as INVOLVED

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | |
|---|---|---|---|
| Suspect Vehicle | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| 2002 | Mercury | | 4 Door Sedan |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| WXZ714 / SC | 2MEFM74W62X650007 | White | White |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |
| White Mercury Grand Marquis | | | |

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | |
|---|---|---|---|
| | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| | | | |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| | | | |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |
| | | | |

## VEHICLES as PROPERTY

**PROPERTY VEHICLE**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| | | | |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| | | | |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |
| | | | |

**PROPERTY VEHICLE**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| | | | |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| | | | |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |
| | | | |

**PROPERTY VEHICLE**

| PROPERTY CODE | | | VALUE |
|---|---|---|---|
| | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| | | | |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| | | | |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |
| | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MORTON , MICHAEL C883 | 9/13/2023 | PHILLIPS, AARON C. |

# Richmond County Sheriff's Office

**CASE REPORT**

400 Walton Way

Augusta, GA 30901

CASE# 2023-00174960

## GENERAL PROPERTY

| GENERAL | | | | |
|---|---|---|---|---|
| PROPERTY CODE | Evidence | | | VALUE |
| QUANTITY/UNIT OF MEASURE | 1 / Grams | PROPERTY TYPE/CLASS: Drugs Narcotics | SERIAL | COLOR |
| ITEM DESCRIPTION | Approximately 1 grams of Methamphetamine | | | |

| GENERAL | | | | |
|---|---|---|---|---|
| PROPERTY CODE | Evidence | | | VALUE |
| QUANTITY/UNIT OF MEASURE | 2 / Each | PROPERTY TYPE/CLASS: Drugs Narcotics | SERIAL | COLOR |
| ITEM DESCRIPTION | 2 Oxycodone pills each weighing approximately 1 gram each | | | |

| GENERAL | | | | |
|---|---|---|---|---|
| PROPERTY CODE | Evidence | | | VALUE |
| QUANTITY/UNIT OF MEASURE | 20 / Grams | PROPERTY TYPE/CLASS: Drugs Narcotics | SERIAL | COLOR |
| ITEM DESCRIPTION | Approximately 20 grams of marijuana | | | |

| GENERAL | | | | |
|---|---|---|---|---|
| PROPERTY CODE | | | | VALUE |
| QUANTITY/UNIT OF MEASURE | | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| GENERAL | | | | |
|---|---|---|---|---|
| PROPERTY CODE | | | | VALUE |
| QUANTITY/UNIT OF MEASURE | | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| GENERAL | | | | |
|---|---|---|---|---|
| PROPERTY CODE | | | | VALUE |
| QUANTITY/UNIT OF MEASURE | | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| ITEM DESCRIPTION | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MORTON , MICHAEL C883 | 9/13/2023 | PHILLIPS, AARON C. |

**Richmond County Sheriff's Office**

CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# 2023-00174960

## NARRATIVE

On 09/13/2023 at 1526 hours, I Deputy Morton was on an active patrol on Windsor Spring Road near its intersection with Tobacco Road.

I observed a white Mercury Grand Marquis bearing a South Carolina tag of WXZ714. I observed the vehicle has excessively dark window tints. I then conducted a traffic stop on the vehicle and made contact with the occupants. Deputy Joseph Hawkins and Cpl. Bryan Mealing arrived on scene to assist.

The driver identified as Tameka Walker (arrested), the front passenger identified as Devonta Staley (other), the rear driver side passenger identified as [redacted] (other), and the rear passenger side passenger identified as [redacted] (other). While verifying Walker's information Deputy Hawkins' K9 performed an open air-sniff around the vehicle. Deputy Hawkins' K9 gave a positive alert. I then had all the occupants exit the vehicle. I tested the front driver side window with my county issued tint meter and it measured to 17% tint.

Cpl. Bryan Mealing located a black purse on the driver seat. Inside this purse was a folded-up dollar bill with a white crystal substance inside. Additionally, there were 2 Oxycodone pills and a bank card with Walker's name on it also inside the purse. Cpl. Mealing also located a brown plastic bag under the driver seat. Inside this plastic bag was approximately 20 grams of marijuana. Walker was then placed in handcuffs and placed in the rear of my patrol car.

I then field tested the white substance inside the dollar bill for Methamphetamine and it tested positive for Methamphetamine. I used the pill identifier on Drugs.com and confirmed that the two pills are Oxycodone pills. In total there was approximately 1 gram of Methamphetamine, 2 Oxycodone each weighing approximately 0.39 grams, and approximately 20 grams of marijuana.

Cpl. Mealing read Miranda to Walker and she agreed to talk. Walker stated that the black purse is her sisters but she is holding onto it.

Walker received a citation for window tint. Walker was then transported and committed to CBWDC. The warrants for Walker have been signed. The warrant for misdemeanor possession of marijuana was not taken out and is pending D.A. review.

The Methamphetamine and Oxycodone were attached to property receipt 486282 and turned into 400 Walton Way. The marijuana was attached to property receipt 486283 and turned into 400 Walton Way.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MORTON , MICHAEL C883 | 9/13/2023 | PHILLIPS, AARON C. |

**BWC was active.**

# EXHIBIT 2
# VIDEO
# (ON THUMB DRIVE)

# EXHIBIT 3

283

# RICHMOND COUNTY SHERIFF'S OFFICE

DATE: 09/13/23 | TIME: 1526 | CASE #: 23-174960 | PROPERTY ROOM LOCATION:

LOCATION WHERE PROPERTY WAS OBTAINED: Windsor Spring Rd / Tobacco Rd

RECEIVED FROM: Tameka walker | OWNER: (CIRCLE ONE) (YES) NO | RELATIONSHIP TO PROPERTY: (CIRCLE ONE) (S) V UNK OTHER: ______

ADDRESS OF ABOVE PERSON: 2523 Teakwood Dr | PHONE #: | DOMESTIC VIOLENCE: (CIRCLE ONE) YES (NO)

CLASSIFICATION: (CIRCLE ONE) FOUND ABANDONED (EVIDENCE) SAFEKEEPING RECOVERED FOR DESTRUCTION

CHARGE: VGCSA

CRIME CODE IF APPLICABLE: (CIRCLE ONE) CO. ORDINANCE MISDEMEANOR (FELONY) OTHER: ______

| ITEM | QUANTITY | DESCRIPTION OF PROPERTY | SERIAL # |
|---|---|---|---|
| 1 | 1 | Approx 20 grams of marijuana | |
| | | MTM | |

DEPUTY SEIZING PROPERTY: PRINT NAME: M. Morton | SIGNATURE: [signature] | COMPUTER#: 1883 | CAR #: 52

## CHAIN OF CUSTODY

| ITEM | DATE | TIME | RELINQUISHED BY: SIGNATURE & COMPUTER # | RECEIVED BY: SIGNATURE & COMPUTER # | PURPOSE OF CHANGE |
|---|---|---|---|---|---|
| 1 | 09/13 | | M 1883 | Drug Locker | evidence |
| 1 | 9/18/23 | 915 | Drug Locker | KStephens | Collect |
| 1 | 9/18/23 | 915 | KStephens | S Dorsey B554 | Evidence |
| 1 | 9/18/23 | 0930 | S Dorsey B554 | Drug Vault | Evidence |
| | | | | | |
| | | | | | |
| | | | | | |

OWNERS NAME IF KNOWN: | HOME ADDRESS:

CITY: | STATE: | ZIP CODE: | HOME PHONE: | BUSINESS PHONE:

# RICHMOND COUNTY SHERIFF'S OFFICE

...282

| | | | |
|---|---|---|---|
| DATE: 09/13/23 | TIME: 1526 | CASE #: 23-174960 | PROPERTY ROOM LOCATION: |

LOCATION WHERE PROPERTY WAS OBTAINED: windsor Spring Rd / Tobacco Rd

RECEIVED FROM: Tamena walker | OWNER: (CIRCLE ONE) **YES** (circled) NO | RELATIONSHIP TO PROPERTY: (CIRCLE ONE) **S** (circled) V UNK OTHER: ______

ADDRESS OF ABOVE PERSON: 2523 Teakwood Dr | PHONE #: | DOMESTIC VIOLENCE: (CIRCLE ONE) YES **NO** (circled)

CLASSIFICATION: (CIRCLE ONE)
FOUND ABANDONED **EVIDENCE** (circled) SAFEKEEPING RECOVERED FOR DESTRUCTION

CHARGE: VGCSA

CRIME CODE IF APPLICABLE: (CIRCLE ONE)
CO. ORDINANCE MISDEMEANOR **FELONY** (circled) OTHER: ______

| ITEM | QUANTITY | DESCRIPTION OF PROPERTY | SERIAL # |
|---|---|---|---|
| 1 | 1 | Approx 1 gram of meth | |
| 2 | 2 | 2 oxycodone pills | |
| | | MTM | |

| DEPUTY SEIZING PROPERTY: PRINT NAME | SIGNATURE | COMPUTER# | CAR # |
|---|---|---|---|
| M. Morton | [signature] | 1883 | 52 |

## CHAIN OF CUSTODY

| ITEM | DATE | TIME | RELINQUISHED BY: SIGNATURE & COMPUTER # | RECEIVED BY: SIGNATURE & COMPUTER # | PURPOSE OF CHANGE |
|---|---|---|---|---|---|
| 1-2 | 09/13 | | [signature] 1883 | Drug Locker | evidence |
| 1-2 | 9/18/23 | 915 | Drug locker | K Stephens | Collect |
| 1-2 | 9/18/23 | 915 | K Stephens | S Dorsey BSSU | Evidence |
| 1-2 | 9/18/23 | 940 | S Dorsey BSSU | GBI LAB | Evidence |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| OWNERS NAME IF KNOWN: | HOME ADDRESS: | |

| | | | | |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | HOME PHONE: | BUSINESS PHONE: |

SEP 18 2023