# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAMEKA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY MICHAEL MORTON;<br>DEPUTY JOSEPH HAWKINS;<br>CORPORAL BRYAN MEALING;<br>CORPORAL LESLIE GAITER; and<br>SHERIFF EUGENE BRANTLEY,<br><br>Defendants. | Civil Action File No.: 1:25-CV-00100<br><br>**DECLARATION OF DEPUTY JOSEPH HAWKINS** |

1. My name is Joseph Hawkins. I am over the age of 21 and am competent to provide this Declaration. I make this Declaration based upon my own personal knowledge and for all purposes allowed by law.

2. I have been employed by the Sheriff of Richmond County as a Deputy Sheriff since 2013. In September of 2023, I was a Senior Deputy in the Special Operations Division of the Richmond County Sheriff's Office as a K-9 Deputy with the K-9 Unit. In September of 2023 my K-9 partner was Gajes.

3. On September 13, 2023, I arrived at Windsor Spring Road near its intersection with Tobacco Road to assist Deputy Morton who had initiated a traffic stop on the vehicle being driven by the plaintiff, Tameka Walker.

4. While Deputy Morton was performing a records check and verifying plaintiff's information, I deployed Gajes to perform an open air sniff around plaintiff's vehicle.

5. Gajes displayed a trained final response on the right side of the plaintiff's vehicle by becoming rigid in his stance and coming to a final alert, a sit, indicating the presence of the odor of narcotics.

6. Attached as Exhibit "1" is a true and correct copy of Canine Incident Report 23-174960 that I prepared concerning the open air sniff conducted of the plaintiff's vehicle on September 13, 2023. This report accurately describes the events of September 13, 2023, to the best of my knowledge.

7. I did not have any evidence or information before me that would suggest that my actions or the actions of Deputies Morton, Mealing or Gaiter would violate any of the plaintiff's constitutional rights.

8. On September 13, 2023, Gajes, as a narcotics working K-9, and myself, as handler, were certified in narcotics detection to detect odor of methamphetamine and marijuana, among others odors.

9. Over the course of my career as a K-9 Deputy with the Sheriff's Office, I received a minimum of 20 hours monthly training with the K-9s assigned to me, including Gajes, and I have received over one thousand hours of K-9 training, with over 500 of these training hours occurring with Gajes. In addition to the initial four weeks of continuous training with each K-9 assigned to me, including Gajes, I would undergo weekly and/or monthly training with each K-9. The training with Gajes involved training for drug detection and recognition and yearly certification training in the area of detection of narcotics odors.

10. Attached as Exhibit "2" is a true and correct copy of the Working Dog Certification and Certificate of Certification in Narcotics Detection certifying Gajes, as the working police dog, and myself, as handler, in Narcotics Detection in September of 2023.

11. I did not destroy, tamper with or alter any video or other evidence in connection with the traffic stop and arrest of plaintiff.

12. To the best of my knowledge, there has never been another complaint or allegation lodged against me for falsifying a K-9 report or falsifying a K-9 alert.

13. All of my actions with respect to the plaintiff on September 13, 2023 and all of my actions that are detailed in Exhibit "1" were carried out in the performance of my normal job duties as a Deputy with the Richmond County Sheriff's Office and were within the discretionary authority delegated to me by my employer, Richard Roundtree, who was the Sheriff of Richmond County at the time.

14. I do not have any evidence or information before me that would suggest that my actions or the actions of any other officer with the Richmond County Sheriff's Office or Sheriff Brantley violated any of the plaintiff's constitutional rights.

15. I did not have any malice, personal animus, ill will, or spite toward the plaintiff.

16. I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July, 2026.

Joseph Hawkins

# EXHIBIT 1

Richmond County Sheriff's Office
Region III K-9 Task Force
Canine Incident Report

| Date | Time Of Search | Time Of Call | Weather | Case Number |
|---|---|---|---|---|
| 091323 | 1523 | | Clear | 23-174960 |

| Location | | Dog Bite:Yes | | Detection Team Responding |
|---|---|---|---|---|
| Windsor Spring Rd at Tobacco | | No | XXXX | Joseph Hawkins / Gajes |

| Arrest | Suspects Name/Addresses | DOB | Description |
|---|---|---|---|
| | | | |

| Additional Suspects Name/Addresses |
|---|
| |
| |
| |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Drug Type Detected | 1.Crack | | 4.Methamphetamine | XX | Location: | | OPEN AREA | |
| | 2.Heroin | | 5.Marijuana | XX | 1.House | | 4.Package | |
| | 3.Cocaine | | | | 2.Vehicle | XX | | |
| Explosive Type Detected | Type: 1 | | | | Location: | | 3.Other | |
| | 2 | | | | 1.House | | 4.Package | |
| | 3 | | | | 2.Vehicle | | | |
| Building Search | Area Searched : | | | | Building Surface Type | | | |
| | 1.Open Field | | 3.W/House | | 1.Concrete | | 3.Wood | |
| | 2.Residential | | 4.Other | | 2.Carpet | | 4.Other | |
| Area Search | Area Searched : | | | | Weather: | Wind Cond./Direction | | |
| | 1.Open Field | | 3.Wooded | | 1.Dry | | 3.Wet | |
| | 2.Residential | | 4.Other | | 2.Rain | | Wind Direction | |
| Track | Area: | | | | Type of Scent Article: | | | |
| | 1. Residential | | 3.Rural | | 1.Cloth | | 3.None | |
| | 2.Commercial | | 4.Other | | 2.Metal | | 4.Other | |
| Surface Condition | 1.Dry | XX | 3.Rain | | Approximate Age of Track: | | | |
| | 2.Wet | | 4.Other | | | | | |
| Assistance to Another Agency: | | | | | Wind Condition/Direction: | | | |
| 1.State | | | 3.City | | | | | |
| 2.County | | | 4.Other | | | | | |
| Reason for Dog Biting: | 1.Officer Protection | | 2.Felony Apprehension | | | | 3.Accidental | |

Narrative:

On 09-13-23 at 1523 hours, Detection Team (Hawkins/Gajes) assisted Dep. Morton on a traffic stop at Windsor Spring Rd at Tobacco. Gajes gave an odor response (RS) to a White Grand Marquis SC Tag: WXZ714. 2x Oxy pills, 2 grams Meth, and 10 grams Marijuana were located inside the vehicle. BWC is available.

| Reporting Officer: | Search Number: | Approving Supervisor: |
|---|---|---|
| Joseph Hawkins C223 / K-2 | | |

# EXHIBIT 2

**Chatham County Regional K-9 Resource Team**
**Georgia K-9 Training Facility**
**1050 Carl Griffin Drive**
**Savannah, Georgia 31405**

**Working Dog Certification**

**Working Dog:** GAJAS

**Identification Number:** N/A

**Detection Odor:** Marijuana, Cocaine, Crack Cocaine, Heroin, Meth, Black Tar Heroin

**Certification Rate:** PASS

**Assigned Handler's Name:** Joseph Hawkins Jr. / Richmond County Sheriff's Office

**I certify this document true and correct as of November 28, 2022.**

CHATHAM COUNTY REGIONAL K-9 RESOURCE TEAM
K-9
STATE OF GEORGIA

**Lieutenant Jason Livie**
**Instructor**

**Corporal Derrick Frink**
**Instructor**

**Note: This certification is valid for a period of one year from the above date. Responsibility for training documentation is with the assigned handler. Failure to maintain documentation of continued training will impact on the Certification rate. This document is valid only for the listed working dog and assigned handler.**

**Sworn to and Subscribed before me:**
**On this** 28th **Day of** November **, 2022.**

Betty Joy Harper
(Notary)

BETTY JOY HARPER
NOTARY
EXPIRES
GEORGIA
NOVEMBER 4, 2023
PUBLIC
CHATHAM COUNTY

# THE UNITED STATES POLICE CANINE ASSOCIATION, INC.

## CERTIFICATE OF CERTIFICATION

NARCOTICS DETECTION

MEETING IN SEMINAR AT AIKEN, SC

ON THE 25th DAY OF FEBRUARY 20 23 DOES HEREBY CERTIFY

THAT JOSEPH HAWKINS, JR. AND THEIR POLICE DOG GAJES

HAVE BEEN TESTED UNDER THE STANDARDS, SET FORTH BY THE UNITED STATES POLICE CANINE ASSOCIATION, INC. AND HAVE ACHIEVED THE DESIRED RATING OF EXCELLENCE THERIN.

PRESIDENT

CHIEF JUDGE

THE UNITED STATES POLICE CANINE ASSOCIATION, INC. CORPORATION 1971 SEAL NON PROFIT ORG. DISTRICT OF COLUMBIA

50 Years