# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAMEKA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY MICHAEL MORTON;<br>DEPUTY JOSEPH HAWKINS;<br>CORPORAL BRYAN MEALING;<br>CORPORAL LESLIE GAITER; and<br>SHERIFF EUGENE BRANTLEY,<br><br>Defendants. | Civil Action File No.: 1:25-CV-00100<br><br><br><br>**DECLARATION OF LESLIE GAITER** |

1. My name is Leslie Gaiter. I am over the age of 21 and am competent to provide this Declaration. I make this Declaration based upon my own personal knowledge and for all purposes allowed by law.

2. I have been employed by the Sheriff of Richmond County as a Deputy Sheriff since 2014. In September of 2023, I was a Deputy in the Special Operations Division of the Richmond County Sheriff's Office.

3. On September 13, 2023, I arrived at Windsor Spring Road near its intersection with Tobacco Road to assist Deputy Morton who had initiated a traffic stop on the vehicle being driven by the plaintiff, Tameka Walker.

4. I was not the arresting or reporting officer regarding the encounter, I did not prepare a report related to the encounter, and I did not have any further involvement after the plaintiff was transported from the scene.

5. I did not prepare, review, approve, or have any involvement with the chain of custody of any evidence related to the traffic stop and arrest of the plaintiff.

6. I did not have any evidence or information before me that would suggest that my actions or the actions of Deputies Hawkins, Mealing or Morton would violate any of the plaintiff's constitutional rights.

7. All of my actions with respect to the plaintiff on September 23, 2023 were carried out in the performance of my normal job duties as a Deputy with the Richmond County Sheriff's Office and were within the discretionary authority delegated to me by my employer, Richard Roundtree, who was the Sheriff of Richmond County at the time.

8. I do not have any evidence or information before me that would suggest that my actions or the actions of any other officer with the Richmond County Sheriff's Office or Sheriff Brantley violated any of the plaintiff's constitutional rights.

9. I did not have any malice, personal animus, ill will, or spite toward the plaintiff.

10. I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2026.

Leslie Gaiter