# Exhibit C

Mailing
Dis

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 23-06-17

Complainant's Name: Rhea Palmer Race & Sex: W/M Age:

Home Address: 2137 Gordon Hwy

City: Augusta State: GA Email:

Witness's Name:

Home Address:

City: State: Email:

Date/Time Incident Occurred: 06/20/23-1938 Location: Supe

How Complaint was received: In Person Phone X

Deputy/Employee Involved: Unknown Male Deputy/Employee I

Deputy/Employee Involved: Deputy/Employee I

Morton Disciplinary

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On June 21, 2023 at 1530 hrs, Sgt. Lee spoke with the listed complainant, Rhea Palmer, via phone in Internal Affairs. Palmer wished to file a complaint of harassment on two unknown Deputies in patrol car S-13. Palmer stated on June 20, 2023 at 1938 hours, he arrived to the Super 8 on Gordon Hwy where he is staying while working at the mill. Palmer stated he has a room at the hotel and was in his car less than 15 minutes when the Deputies pulled up behind him and approached him stating he was loitering and needed to leave. Palmer stated he replied he wasn't loitering, he had a room, and wasn't giving them "shit." Palmer stated the Deputies told him they were going to drag him out of his car if he didn't comply so he gave him his ID. Palmer stated they left for 10-15 seconds, returned with his ID and told him he was good to go. Palmer stated the Deputies told him he needed to look up the loitering law. Palmer couldn't provide any details of the Deputies such as their names, he stated he got the car number which was S-13.

Supervisor/Investigative Comments.

Sgt. Lee spoke with Lt. Hitchcock who advised there is no car S-13 but he would look into if further.

Disposition of Complaint:

Complaint Received by: Sgt. Caleb Lee Unit# B34 Date: 06/21/23

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 23-03-35

Complainant's Name: [illegible] Sims Race & Sex: B/F Age: 41

Home Address: [redacted] Phone [redacted]

City: Augusta State: GA Email: [redacted]

Witness's Name: Amber Cooper (daughter) - 17yoa Race & Sex: ____ Age: ____

Cameron Sims (son) - 15yoa

Home Address: ____ Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 03/27/23 5:05 pm Location: [illegible] Rd IGA

How Complaint was received: In Person ✓ Phone ____ Email ____ Mail ____

Deputy/Employee Involved: 16-18 officers Deputy/Employee Involved: ____

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

My son called me Facetime letting me know my daughter was being pursued by the police and that she was afraid to pull over, I told them to go ahead and pull over. Then I heard the police [illegible] out of the car. I found a ride up to the location where he was, and my son had knifes all over his face [illegible] stitches in his forehead.

2011 Kia Forte Gray

Goldcross arrived released to mother took to hospital.

Daughter had no license so drove away.

22 stitches

Deputies said matched description of call vehicle?

Daughter has hold. No Bond

Supervisor/Investigative Comments.

23-065625 - Sgt Lee located call and search shows Dep. Austin Birch took out warrants and listed CST Deputies as witnesses. Using LERMS and witness info, the other Deputies are Gaiter, Morton, Leathers, T. Gunn, Sgt Godden, Jones-57

Disposition of Complaint: ____

Complaint Received by: Sgt. Caleb Lee Unit# B34 Date: 03/28/23

8/11
11:34am

# RICHMOND COUNTY SHERIFF'S OFFICE

Sheriff Richard Roundtree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 

Complainant's Name: Eunice Byrd Race & Sex: Black/Female Age: 46

Home Address: [redacted] Phone [redacted]

City: Augusta 30906 State: GA. Email: [redacted]

Witness's Name: Race & Sex: Age:

Home Address: Phone:

City: State: Email:

Date/Time Incident Occurred: 8/10/22 @ approximately 9 pm Location: 1921 [illegible] Road

How Complaint was received: In Person ✓ Phone Email Mail

Deputy/Employee Involved: Dep. Draughn Deputy/Employee Involved: Dep. Carreras

Deputy/Employee Involved: Dep. Moran Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

4 officers came to my residence and proceeded to bang on my front door demanding that we open it and then said they were gonna kick the door in. My disabled son came 20 to the door and said out loud please don't kick the door in I'm going to open it. He then opened the door and held his hands in the air while on his knees because he can't walk. → Back

Supervisor/Investigative Comments.

See attached

Disposition of Complaint: Sustained

Complaint Received by: Lt. Fanning Unit# A5 Date: 08182022

He and my oldest (21) son was at home [illegible] but my oldest son was asleep until the loud banging on the door woke him up. The officers were pointing their guns at my son which was

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 22-06-27

Complainant's Name: Josef Carter Race & Sex:______ Age:______

Home Address:______________________ Phone: [redacted]

City:______________ State:______ Email:______________

Witness's Name:______________________ Race & Sex:______ Age:______

Home Address:______________________ Phone:______________

City:______________ State:______ Email:______________

Date/Time Incident Occurred: 06292022@15:52 Location: Meadowbrook Drive / Melbourne

How Complaint was received: In Person ______ Phone X Email ______ Mail ______

Deputy/Employee Involved: Michael Norton C883 / 20058 Deputy/Employee Involved:______________

Deputy/Employee Involved:______________ Deputy/Employee Involved:______________

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

See attached

Supervisor/Investigative Comments.

See attached. Lt. McCormick spoke with complaintant and advised him of disposition. 7/14/2022@ 1531 hrs

Disposition of Complaint: Not Sustained

Complaint Received by: Lt. McCormick Unit# A6 Date: 7/14/2022

**Kimberly Lee**

| | |
|---|---|
| **From:** | leishea Kelley |
| **Sent:** | Thursday, June 30, 2022 3:13 PM |
| **To:** | Kimberly Lee; William McCarty |
| **Subject:** | 22-156493 - Josef Carter |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Badge number given 1883
Case Number 22-156493

Leaving his cousins house in the Meadowbrook area, saw two deputies they told him to go ahead the deputies began to follow him. Deputies performed a traffic stop had him get out of the car and pat him down. They searched his truck; his windows were down, they still made him get out of the car. They said his licensed was suspended and he insisted they were not only the commercial portion. He insisted the deputy recheck his license and the deputy did to find it was the truth. The deputy stated something was wrong with his insurance. His mom came to the scene, the mom called the insurance agency. The deputy called the insurance agency, they rep verified it. He stated to Carter that could have been anyone, Carter stated the deputy was cutting the body cam on and off. Deputies towed his car and gave citations. Carter wants to file a complaint with resolution as he now has tow fees and citations when his verified insurance while deputies were on scene. Josef Carter was on the phone with his mother until she arrived. He also stated they were kneeing him in the back on the ground and this was excessive force because he wasn't resisting.

Carter can be contacted at 706.284.8412.

**Kimberly Lee**

**From:** Kenneth McCormick
**Sent:** Thursday, July 14, 2022 9:13 AM
**To:** Kimberly Lee
**Subject:** RE: Complaint #22-06-27

I have made contact with Carter on 071222 and attempted to give me my findings on yesterday's date by calling him no answer. I will try again today and inform you of the outcome. As of now after reviewing the video of the incident I can't see where any wrong was done on the Deputies part. The vehicle was not insured, and he was noncompliant.

*Lt. Kenneth McCormick A-6*
*Richmond County Sheriff's Office*
*Zone 6 Commander*
*Office: (706) 828-7146*
*Cell: (706) 306-5000*
*www.RCSOGA.org*

**From:** Kimberly Lee <KLee@augustaga.gov>
**Sent:** Tuesday, July 12, 2022 1:50 PM
**To:** Kenneth McCormick <KMcCormick@augustaga.gov>
**Subject:** Complaint #22-06-27
**Importance:** High

Good afternoon,

Attached is a complaint that appears to be on a traffic stop that occurred in your Zone but the complainant, Josef Carter was not clear on the specific deputy. I have not contact him yet, can you reach out to him in regard to his complaint.

Thank you.

Kimberly Lee
Sgt. Kimberly Lee
Internal Affairs – Public Information Office
Office of Professional Standards and Training
Richmond County Sheriff's Office
400 Walton Way
Augusta, GA 30901
706-821-1442 (desk)

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 23-03-07

Complainant's Name: Travis, Sarah Race & Sex: W/F Age: 31

Home Address: [redacted] Phon[redacted]

City: Augusta State: GA Email:

Witness's Name: Travis, Reginald Race & Sex: B/M Age: 31

Home Address: [redacted] Phone: [redacted]

City: Augusta State: GA Email:

Date/Time Incident Occurred: 03/02/23, 1250 hrs. Location: Windsor Spring Rd. at Rosier Rd.

How Complaint was received: In Person X Phone___ Email___ Mail___

Deputy/Employee Involved: Morton, Michael Deputy/Employee Involved: Unknown

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Reginald Travis stated on 03/02/23 he was pulled over by Deputy Michael Morton for tint violation, see case #23-045434. Reginald Travis stated Deputy Morton advised he smelled marijuana and searched his vehicle. Reginald Travis stated he was advised he was interfering and slammed into vehicle by deputies. Reginald Travis stated he was arrested for Interference. Sarah Travis stated she came to check on her husband, Reginald Travis. Sarah Travis stated as she walked up 3-4 deputies tackled her and slammed her to the ground. Sarah Travis stated she was arrested for Interference, see case #23-045447. Sarah Travis stated she has bruises on both upper arms and her left wrist. Both stated deputies used unnecessary force.

Deferred to Supervisor

Supervisor/Investigative Comments.

[illegible]

Disposition of Complaint:

Complaint Received by: Sgt. John Perry Unit# B14 Date: 03/03/23, 1445

[illegible]

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 23-03-07

Complainant's Name: Travis, Sarah Race & Sex: W/F Age: 31

Home Addres [redacted] Phone [redacted]

City:___ State:___ Email:___

Witness's Name: ___ Race & Sex:___ Age:___

Home Address:___ Phone:___

City:___ State:___ Email:___

Date/Time Incident Occurred: 03/02/23, 1250 hrs Location: Windsor Spring Rd/Rosier Rd

How Complaint was received: In Person X Phone___ Email X Mail___

Deputy/Employee Involved: Morton, Michael Deputy/Employee Involved:___

Deputy/Employee Involved:___ Deputy/Employee Involved:___

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On 03/03/23, I, Lt. Harold Hitchcock, received an email with a complaint from Sarah Travis attached. On 03/02/23, I responded to the traffic stop when I could hear several subjects in the background yelling at deputies. When I arrived, the rowdy subjects had moved back from the traffic stop, and Sarah and Reginald Travis were detained in patrol cars. I interviewed Reginald and listened to his complaint. I assured him that I would review BWC videos and investigate his complaint. I reviewed the BWC videos that Deputy Leslie Gaiter and Deputy Parker Leathers recorded. The complaint that Sarah Travis was slammed to the ground in inaccurate. During the traffic stop, deputies are telling subjects to back away from the traffic stop. Deputies tell the subjects that they can continue to record, but to stay back and not approach the traffic stop. On video, I observed Sarah Travis attempt to walk between parked patrol cars to approach the traffic stop. Dep. Morton stopped her and placed her against the trunk of a patrol car to handcuff her. While Sarah was being handcuffed, Reginald attempted to rush to her and Dep. Leathers stopped Reginald, handcuffed him, and placed him in a patrol car. The complaint that Reginald was slammed into a patrol car is inaccurate. The deputies on scene attempted several times to de-escalate the situations, but Reginald, Sarah, and by-standers continued to act irate toward deputies.

Supervisor/Investigative Comments.

I attempted to make contact with Sarah Travis on 03/10/23, but her phone was out of service. On 03/13/23, I made contact with Sarah. I listened to her complaint, and then I explained my findings. I explained to Sarah the court process, and Sarah became upset eventually ending the call by hanging up on me. I find the complaint not sustained.

Disposition of Complaint: Not sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A268 / A-11 Date: 03/13/23

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 23-07-27

Complainant's Name: Timms, Savannah Race & Sex W/F Age: 24

Home Address: [redacted] Phone: [redacted]

City: Augusta State: GA Email:

Witness's Name: Race & Sex: Age:

Home Address: Phone:

City: State: Email:

Date/Time Incident Occurred: 07/14/23, 1826 Hrs. Location: Peach Orchard Rd. at Reedale Ave.

How Complaint was received: In Person Phone X Email Mail

Deputy/Employee Involved: Morton, Michael Deputy/Employee Involved:

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Savannah Timms stated on 07/14/23 she was on Peach Orchard Rd. and Deputy Parker Leathers was chasing a vehicle, case #23-136777. Timms stated the vehicle turned and struck her vehicle in the rear, case #23-136780. Timms stated the driver of the vehicle that hit her ran, and Deputy Michael Morton ran up to her vehicle, pointed his gun at her, and screamed for her to get out of the car. Timms stated Deputy Morton pulled her out of the vehicle and handcuffed her. Timms stated Deputy Morton put her in the back of his vehicle and left her 5 year old daughter in her car alone. Timms stated Deputy Morton returned about 15 minutes later and released her. Timms stated Deputy Morton then advised he did not know which vehicle he was chasing. Timms stated Deputy Morton was "rude and cocky' during the incident. Timms stated she should not have been handcuffed, and her daughter should not have been left alone in her vehicle.

Supervisor/Investigative Comments.

Deferred to Supervisor

Disposition of Complaint:

Complaint Received by: Sgt. John Perry Unit# B14 Date: 07/18/23, 1622

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 23-07-27

Complainant's Name: Timms, Savannah Race & Sex: W/W Age: 24

Home Address [redacted] Phone [redacted]

City: State: Email:

Witness's Name: Race & Sex: Age:

Home Address: Phone:

City: State: Email:

Date/Time Incident Occurred: Location:

How Complaint was received: In Person Phone Email Mail

Deputy/Employee Involved: Morton, Michael Deputy/Employee Involved:

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

I, Lt. Harold Hitchcock, received an email with a complaint from Savannah Timms attached. The complaint that Dep. Parker Leathers approached her vehicle and removed her at gun point, handcuffed her and placed her in his patrol car leaving her daughter, 5 yoa, unattended in her vehicle. Timms stated that the deputy was rude and cocky and released her after 15 minutes. I reviewed the BWC videos from the incident, and Dep. Parker Leathers did not make contact with Timm. Dep. Michael Morton responded to assist Dep. Leathers with a traffic stop on Peach Orchard Rd. where the driver and passenger bailed out of a car and their vehicle rolled forward striking another car. After Dep. Morton arrived on scene, Dep. Morton ran to assist and observed Timms sitting in a car matching the description of the vehicle that the suspect was driving. Dep. Morton drew his weapon, approached the vehicle, and ordered Timms out of the vehicle. Dep. Morton handcuffed Timms and placed her in his patrol car leaving Timms' daughter in the vehicle unattended. Dep. Morton left Sgt. Kathy Daniel at his patrol car to watch Timms while he retrieved a pistol from the roadway. Dep. Morton returned and released Timms. Timms was detained for 3 minutes. I spoke to Dep. Morton, and he stated that he observed Timms in a vehicle that matched the description of the suspect's vehicle, and he thought that Timms was a passenger that was involved with the stop and had moved to the driver's seat. Dep. Morton was not rude but was direct when he communicated with Timms.

Supervisor/Investigative Comments:

Dep. Morton 's actions did not violate policy, and he took Timms into custody believing that she was involved in Dep. Leathers' case. In retrospect, Dep. Morton realized that he should have known that Timms was not involved with the case. I counseled Dep. Morton to be more observant when responding to a scene. The incident that Timms described did occur, but Dep. Morton did not violate policy. I find the complaint not sustained

Disposition of Complaint: Not Sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A268/A-11 Date: 7/20/23

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


18-04-22

**DEPUTY:** Cpl. Bryan Mealing B934 **EMPLOYEE ID:** 14576

**DATE OF VIOLATION:** 04/22/18

**VIOLATION OF S.O.P. #:** Audio and Video Recording S...

On 04/22/18 Cpl. Bryan Mealing responded to the ... in progress. Upon arrival to the scene, Cpl. Mealing observed ... ls. Cpl. Mealing exited his patrol vehicle and as he did so, ... ed in to charge) was snatched off and fell under his vehicle ... the camera behind) and made contact with a 14 yr. old male. C... the suspect who was then taken into custody. Cpl. Meal... scene and therefore forgot it was plugged in. As a result of this ... e of the interaction (including a Use of Force) was recorded i... nseled regarding this and advised future violations would re... ing's first violation of this policy.

Corporal Byran Mealing
04/22/18 Vid Audio BWC Violation
11/11/10 BWC Viol
06/14/14 minor unprofessional

13 D/Action Cert violations

(14) with murder Recent 3/16/25 Left suspect

... nsel

**Recommendation**

| | | | | |
|---|---|---|---|---|
| C... | ...ATE: | | ☐ Agree | ☐ Disagree |
| S... | ...ATE: | 04/23/18 | ☒ Agree | ☐ Disagree |
| L... | ...TE: | 4/25/18 | ☒ Agree | ☐ Disagree |
| C... | ...TE: | | ☐ Agree | ☐ Disagree |
| M... | ...TE: | | ☐ Agree | ☐ Disagree |
| CC... | TE: | | ☐ Agree | ☐ Disagree |
| CH... | TE: | | ☐ Agree | ☐ Disagree |
| SH... | ...ATE: | | ☐ Agree | ☐ Disagree |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** [signature] B934 / 1862

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

18-11-23

**DEPUTY:** Cpl. Bryan Mealing B934 **EMPLOYEE ID:** 14576
**DATE OF VIOLATION:** 11/11/18
**VIOLATION OF S.O.P. #:** Audio and Video Recording Systems - BWC (5.3-7)

On 11/11/18 Cpl. Bryan Mealing failed to activate his BWC while responding to a traffic accident involving a vehicle striking a deer. Cpl. Mealing located the injured deer approximately 100 feet off the roadway and fired four rounds into the head of the deer to dispatch it. The first round caused the deer to run approximately 50 feet before collapsing. All four rounds were fired approximately 1 minute apart before Cpl. Mealing turned off his BWC. Cpl. Mealing was advised that a closer shot to the deer's frontal lobe possibly would have dispatched the deer without the additional rounds being fired. Cpl. Mealing received a Written Counsel on 04/22/18 regarding a BWC violation and has been advised that a future violation could result in suspension time.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Elijah M. Parker A076 A-7

**DATE:** 11/15/18

**PROPOSED ACTION:** Warning

| REVIEWED BY: (IF APPLICABLE) | | | | Recommendation |
|---|---|---|---|---|
| CORPORAL: | | DATE: | ☐ Agree ☐ Disagree | |
| SERGEANT: | | DATE: | ☐ Agree ☐ Disagree | |
| LIEUTENANT: | [signature] | DATE: 11/15/18 | ☑ Agree ☐ Disagree | |
| CAPTAIN: | | DATE: | ☐ Agree ☐ Disagree | |
| MAJOR: | | DATE: | ☐ Agree ☐ Disagree | |
| COLONEL: | | DATE: | ☐ Agree ☐ Disagree | |
| CHIEF DEPUTY: | | DATE: | ☐ Agree ☐ Disagree | |
| SHERIFF: | | DATE: | ☐ Agree ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** [signature]

 IA# 25-03-32

# Richmond County Sheriff's Office
# Disciplinary Report

**DEPUTY:** Cpl. Bryan Mealing **EMPLOYEE ID:** 14576

**DATE OF VIOLATION:** 3/16/25

**VIOLATION OF S.O.P. #:** 3.7-1 Dereliction/Neglect of Duty

On Sunday, March 16, 2025, at approximately 0130 hours, several units responded to a "signal 32" officer needing assistance call on the 700 block of Broad Street. Several officers assisted in apprehending the suspect after a violent struggle. Officers then placed the suspect in the back of Cpl. Bryan Mealing's patrol vehicle. Cpl. Mealing transported the suspect to the Charles B. Webster Detention Center, but the facility denied entry due to the suspect's injuries and drug ingestion. Cpl. Mealing then transported the suspect to Wellstar MCG Health Medical Center. Upon arrival at the hospital, Cpl. Mealing let the suspect out of his patrol vehicle and removed the handcuffs. Hospital security and medical staff questioned Cpl. Mealing about the suspect's arrival, and he responded with statements like, "He's not in custody," "It's not even my arrest," "I don't even know his name," and "He got tased, and I know the deputies got tased." Cpl. Mealing then left the hospital, abandoning the suspect there.

The Sheriff's Office discovered on Monday, March 17, 2025, in the afternoon, that the subject was no longer in custody or being guarded at the hospital. The Sheriff's Office learned this after Wellstar MCG Security filed a complaint about the transporting officer failing to follow proper procedures when dropping off a subject/patient.

Cpl. Mealing did not notify the arresting officers or a supervisor about his decision to release a suspect who had engaged in a violent encounter with law enforcement officers and was facing felony charges. By neglecting his duty to ensure the violent suspect remained properly detained, Cpl. Mealing potentially exposed the medical staff and the public to danger.

**DISCIPLINARY ACTION INITIATED BY:** Captain Danny Whitehead

**DATE:** 3/21/25

**PROPOSED ACTION:** 3 Days (24 hours) Suspension without Pay / 2

| REVIEWED BY: (IF APPLICABLE) | | DATE | Agree | Disagree | Recommendation |
|---|---|---|---|---|---|
| SERGEANT: | | | ☐ | ☐ | |
| LIEUTENANT: | | | ☐ | ☐ | |
| CAPTAIN: | | | ☐ | ☐ | |
| MAJOR: | [signature] | 032425 | ☑ | ☐ | |
| COLONEL: | [signature] | 032425 | ☑ | ☐ | |
| CHIEF OF STAFF: | | | ☐ | ☐ | |
| CHIEF DEPUTY: | [signature] | 3-25-25 | ☑ | ☐ | |
| SHERIFF: | [signature] | 3-25-25 | ☐ | ☑ | 2 Days (16 HRS) SWOP |

**FINAL DISPOSITION:**

2 days w/o pay. (16 HRS) SWOP

**EMPLOYEE'S SIGNATURE:** [signature]

# RI( 'IMOND COUNTY SF' RIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

24-08-33

**DEPUTY:** Mealing, Bryan **EMPLOYEE ID:** 14576

**DATE OF VIOLATION:** 08/16/24

**VIOLATION OF S.O.P. #:** Failure to report for Duty (3.7-4c) / Unsatisfactory Performance 4.26 - Inability to Perform Assigned Tasks and Abuse of Sick Leave

On Friday, August 16, 2024, at 0730 hours, Lt. Concepcion received a phone call from Lt. Humphrey at the Richmond County Sheriff's Office Training Range. Lt. Humphrey stated that Cpl. Brian Mealing failed to report to mandatory in-service training at 0645 hours. Lt. Humphrey stated that the day prior everyone in the class was told to report at 0645 hours. Lt. Humphrey stated that at 0705 hours, Sgt. Payne called Cpl. Mealing, who stated that he was suffering from back and knee pain. Cpl. Mealing stated that he was not going to make it to the mandatory training. Sgt. Payne asked Cpl. Mealing why he didn't notify any of the instructors to which he replied, "I don't have their phone number." Cpl. Mealing also failed to notify his immediate supervisors (Sgt. Hardin and Lt. Concepcion) at least on hour before the mandatory training assignment. Lt. Concepcion contacted Sgt. Hardin at 0739 hours and advised him that Cpl. Mealing did not report for his mandatory training. Sgt. Hardin advised that he received a text message from Cpl. Mealing asking Sgt. Hardin to call him at 0725 hours. Sgt. Hardin contacted Cpl. Mealing after receiving the text message. Cpl. Mealing stated that he was not able make the training today due to knee and back pain. He also advised that he was signed up to work overtime later the same day. Capt. Danko was notified that Cpl. Mealing contacted Lt. Hitchcock later that day and had told Lt. Hitchcock that he would be fine to work overtime Friday night. Cpl. Mealing stated that he would receive treatment and that he would be able to work. Capt. Danko informed Lt. Hitchcock that Cpl. Mealing called in for his assigned duty (training), and he would not be permitted to work any special duty or overtime assignments until he returns for his regular scheduled shift.

As of August 26, 2024, Cpl. Mealing has used a total of 202.5 hours of sick time and 75 hours of vacation totaling 277.5 hours used 2024. Lt. Concepcion has discovered a pattern of using sick days and attaching the sick days to holidays and short duty work weeks thus resulting in Cpl. Mealing receiving seven day breaks off from work. Lt. Concepcion has also reviewed Cpl. Mealing's productivity for 2024 and has noticed a decline in performance. It appears that Cpl. Mealing has completed one miscellaneous report seizing one gun so far this year. As a member of the Crime Suppression Team, Cpl. Mealing is expected to set the tone for his division. While we understand that manpower is a temporary struggle at the time, there is no reason that a supervisor is not doing his part. All members of the Crime Suppression Team are expected to conduct traffic stops, make drug and guns cases, and take criminal warrants out on a regular basis. We believe that Cpl. Mealing's performance needs to be monitored going forward, and a Performance Improvement Plan (PIP) will be recommended until improvements are made in his dependability and performance.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Julio Concepcion B822 / A-17

**DATE:** 08/27/24

 23-11-07

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

**DEPUTY:** Mealing, Bryan **EMPLOYEE ID:** 14576
**DATE OF VIOLATION:** 10/17/23
**VIOLATION OF S.O.P. #:** Failure to Report for Duty ( 3.7-4 C)

On October 17, 2023, I Sgt. Byrnie Hardin was advised that Cpl. Bryan Mealing did not report for his schedule over time at the jail. Cpl. Mealing advised that he had forgot he had jail duty. He further stated that he thought it was October 30, 2023. Cpl. Mealing has been rescheduled for October 30, 2023, for the afternoon shift (1500-2300).

**DISCIPLINARY ACTION INITIATED BY:** Sgt. Byrnie Hardin A588/ B-27

**DATE:** 10/17/23

**PROPOSED ACTION:** 8 hours SWOP

**REVIEWED BY: (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SERGEANT:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **LIEUTENANT:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **CAPTAIN:** | [illegible] | **DATE:** | [illegible] | ☑ Agree ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **LT. COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:**

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


**PROPOSED ACTION:** SWOP 8 hours

**REVIEWED BY: (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SERGEANT:** | [signature] | **DATE:** | 08/27/24 | ☑ Agree ☐ Disagree |
| **LIEUTENANT:** | Lt [signature] | **DATE:** | 8/27/24 | ☒ Agree ☐ Disagree |
| **CAPTAIN:** | Capt. Joel Lanko | **DATE:** | 082724 | ☑ Agree ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **LT. COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

# Richmond County Sheriff's Office
# Employee Counsel Report

**EMPLOYEE'S NAME:** Deputy Bryan Mealing **DIVISION:** Zone 6 A/D

**VIOLATION AND TITLE CODE:** Minor Unprofessional Conduct 3.7.1

**DATE OF VIOLATION:** 14-Jun-14 **DATE OF COUNSEL:** 19-Jun-14

FOR THE PURPOSE OF AIDING THIS SUPERVISOR AND TO IMPROVE THE PERFORMANCE OF THE RICHMOND COUNTY SHERIFF'S DEPARTMENT, THE FOLLOWING MATTER(S) HAVE BEEN DISCUSSED WITH THE ABOVE LISTED EMPLOYEE: Reference Case #14-135004

On 061414 at 1838 hours, Deputy Bryan Mealing responded to a shooting at 2125 Cadden Rd. Dep. Mealing was assisting other deputies secure the scene and helping Gold Cross render aid to the victim, Braswell, Patsy. The victim's brother came on to the property and wanted to check on his sister. Dep. Mealing advised him that he could not see her at this time and asked him to leave the property. An argument started at that time and the victim's brother eventually went to the road. I later received a complaint from the victim's brother who said that Dep. Mealing was rude to him and told him he was drunk. The victim's brother advised that he has had 3 strokes and his speech is always slurred because of this. He did not deserve to be treated the way he was. He later asked if he could ride with his siter in the ambulance. He said Dep. Mealing told him he couldn't because he was drunk. Dep. Mealing was advised by me after my conversatin with the complainant, that he needs to be more compassionate with victim's families and look at their perspective. Due to the stress of the situation, Dep. Mealing came to a conclusion prematurely that the victim's brother was under the influence of alcohol due to his medical condition. He was advised to be more sensitive to victims and families and not be so quick to jump to conclusions. Dep. Mealing was advised further violations of this nature would result in disciplinary action.

**EMPLOYEE RESPONSE:**

I Dep. Mealing responded to the above address to help secure the scene. Upon my arrival I came into contact with the victim's brother who was cursing at Deputies on the scene stating that it was his sister who was shot. I advised the victim's brother several times to go to the road along with other family members. The victims brother did have slurred speech and an odor of alcoholic beverage upon his breath which made me think he was under the influence. The victims brother advised me he had a stroke and that is why he had slurred speech. I advised him where his sister was going to be treated at and that due to the emergency situation that the EMS techs needed all the room they could get to work on her as she was being transported to the hospital. The victim's brother began cursing again and told me he would have my job by Monday and that he knew Chief Clayton. I felt I did what I needed to secure the scene of a shooting. And held my composure while the victim's brother cursed at me and other deputies.

I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING

[signature] Dep Bryan Mealing 6202 — 6/19/2014

EMPLOYEE SIGNATURE — DATE

[signature] — 19-Jun-14

SUPERVISOR'S SIGNATURE Cpl. D'Aversa C-61 — DATE

**DISTRIBUTION**

INTERNAL AFFAIRS
ZONE LIEUTENANT
IMMEDIATE SUPERVISOR
EMPLOYEE
EMPLOYEE'S FILE

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


15/12-27 JA#

**DEPUTY:** Dep. Bryan Mealing **Employee #:** 14576

**DATE OF VIOLATION:** 10/26/15

**VIOLATION OF S.O.P. #:** Code of Conduct (3.7-1) -Reporting for Duty {3.5}
On Monday 10/26/15 Dep. Mealing was scheduled to attend in-service (PT) at 1300 hours. When I scheduled Dep. Mealing for this day I advised him that all patrol division was required to attend by 10/30/15. When Dep. Mealing reported to work on Wednesday night 10/28/15, I asked what his score was. Dep. Mealing advsied his child was sick and he did not attend as scheduled. When asked why he did not contact me, he responded that this was his error and he thought he would be able to attend in November. Dep. Mealing was re-scheduled to attend on 11/02/15 and he did so. Dep. Mealing was reminded that he is required to notify his supervisor in the event he is unable to report for duty as scheduled.
**DISCIPLINARY ACTION INITIATED BY:** Sgt. Michael Pletcher B152 / B-61

**DATE:** 11/06/15

**PROPOSED ACTION:** Written counsel

**REVIEWED BY: (IF APPLICABLE)** ____

**MAJOR:** DATE: ____ Agree or Disagree

**COLONEL:** DATE: ____ Agree or Disagree

**CHIEF DEPUTY:** DATE: ____ Agree or Disagree

**SHERIFF:** DATE: ____ Agree or Disagree

**SHERIFF'S OR DESIGNEE RECOMMENDATION:** ____

____

____

**EMPLOYEE'S SIGNATURE:** [signature] B934/6313

**SUPERVISOR'S SIGNATURE:** Sgt. Michael Pletcher [signature] B152/B-61

B/934 - 14576
040409

# RICHMOND COUNTY SHERIFF'S OFFICE

## EMPLOYEE COUNSEL FORM

EMPLOYEE'S NAME: **Bryan Mealing-B934** DIVISION: **Road-D-South**

VIOLATION TITLE AND CODE: **4.14C-Duty to Care for County Property**

DATE OF VIOLATION: **October 24, 2012** DATE OF COUNSEL. **October 24, 2012**

FOR THE PURPOSE OF AIDING THIS SUPERVISOR, AND TO IMPROVE THE PERFORMANCE OF THE RICHMOND COUNTY SHERIFF'S DEPARTMENT, THE FOLLOWING MATTER(S) HAVE BEEN DISCUSSED WITH THE ABOVE EMPLOYEE:

On 102412 we performed a random vehicle check for the enitre shift. Your car was found to be extremely dirty. You were recently issued your assigned vehicle and the proper care of it is a must every day that you come to work.

EMPLOYEE RESPONSE:

I HAVE READ AND UNDERSTAND THE ABOVE COUNSEL FORM.

[signature] 102412

(EMPLOYEE'S SIGNATURE) (DATE)

[signature] Lt. Tracy Carter A13-A148 October 24, 2012

(SUPERVISOR'S SIGNATURE) (DATE)

DISTRIBUTION:

- INTERNAL AFFAIRS
- IMMEDIATE SUPERVISOR
- EMPLOYEE
- EMPLOYEE'S FILE

# RICHMOND COUNTY SHERIFF'S OFFICE

# EMPLOYEE COUNSEL FORM

EMPLOYEE'S NAME: Bryan Mealing-B934 DIVISION: Road-D-South

VIOLATION TITLE AND CODE: 4.14C-Duty to Care for County Property

DATE OF VIOLATION: October 24, 2012 DATE OF COUNSEL: October 24, 2012

FOR THE PURPOSE OF AIDING THIS SUPERVISOR, AND TO IMPROVE THE PERFORMANCE OF THE RICHMOND COUNTY SHERIFF'S DEPARTMENT, THE FOLLOWING MATTER(S) HAVE BEEN DISCUSSED WITH THE ABOVE EMPLOYEE:

On 102412 we performed a random vehicle check for the enitre shift. Your car was found to be extremely dirty. You were recently issued your assigned vehicle and the proper care of it is a must every day that you come to work.

EMPLOYEE RESPONSE:

I HAVE READ AND UNDERSTAND THE ABOVE COUNSEL FORM.

[signature] 102412
(EMPLOYEE'S SIGNATURE) (DATE)

[signature] Lt. Tracy Carter A13-A148 October 24, 2012
(SUPERVISOR'S SIGNATURE) (DATE)

DISTRIBUTION:
- INTERNAL AFFAIRS
- IMMEDIATE SUPERVISOR
- EMPLOYEE
- EMPLOYEE'S FILE

# RICHMOND COUNTY SHERIFF'S OFFICE

## EMPLOYEE COUNSEL FORM

ORIGINAL

EMPLOYEE'S NAME: Bryan Mealing comp #: B934 DIVISION: Road Patrol

VIOLATION TITLE AND CODE: 4.26 Unsatisfactory Performance

DATE OF VIOLATION: 08/28/2011 DATE OF COUNSEL: 08/31/2011

FOR THE PURPOSE OF AIDING THIS SUPERVISOR, AND TO IMPROVE THE PERFORMANCE OF THE RICMOND COUNTY SHERIFF'S OFFICE, THE FOLLOWING MATTER(S) HAVE BEEN DISCUSSED WITH THE ABOVE EMPLOYEE:

On Sunday, August 28, 2011 you responded to an alarm. Upon your arrival to the incident location you found a residence to have been broken in to. You conducted a good investigation which led you to a suspect. You then located that suspect and during the preliminary investigation placed him in the back seat of your patrol car. Upon checking the residence with the victim you returned to your vehicle and found the suspect was gone. The absense of the suspect is attributed to several factors, all of which could have been avoided. The subject was not handcuffed, the patrol car rear window was rolled down, and the subject was left unsupervised. The absense of any one of these factors could have prevented the escape. However, all three factors present allowed the subject to reach thru the car's window bars to let himself out of the vehicle. This caused other patrol units to have to be deployed to search for the suspect. After several hours, you were able to locate the suspect and take him back into custody. Though you were correct in detaining the subject for investigatory purposes the failures listed above allowed him to escape and cause needless time spent by other units aiding in the search. You are cautioned that any future violations of this nature will be handled thru referral to the discplinary review board.

EMPLOYEE RESPONSE:

I HAVE READ AND UNDERSTAND THE ABOVE COUNSEL FORM.

B934 090111

EMPLOYEE'S SIGNATURE DATE

A2 083111

SUPERVISORS'S SIGNATURE DATE

DISTRIBUTION:

INTERNAL AFFAIRS
IMMEDIATE SUPERVISOR
EMPLOYEE
EMPLOYEE'S FILE

08

# EMPLOYEE COUNSELING STATEMENT

***EMPLOYEE'S NAME:*** ______________________ ***DIVISION:*** ______________

***Date of Violation:*** ______________________ ***Date of Counsel:*** ______________

For the purpose of aiding supervisory skills and to improve the performance of personnel within the Richmond County Sheriff's Department, the following matter(s) have been discussed with the above listed employee:

*Employee Response:*

# EMPLOYEE WARNING STATEMENT

***EMPLOYEE'S NAME:*** BRYAN MEALING ***DIVISION:*** JAIL

***Date of Violation:*** 09//16/2009 ***Date of Warning:*** 09/17/2009

***Location Violation Occurred:*** RCJ

***Violation Code & Title:*** 4.26 UNSATISFACTORY PERFORMANCE

*Supervisor's Statement:* ON THE ABOVE STATED DATE. DEP. MEALING FAILED TO FOLLOW THE RULES AND REGULATIONS OF THE JAIL. BY HAVING A DVD PLAYER AT THE JAIL WHILE ON DUTY. DEP. MEALING HAS BEEN VERBALLY COUNSELED (ALONG WITH THIS WARNING.) DEP. MEALING NEEDS TO FOLLOW THE GUIDELINES SET FORTH BY POLICY OF THE JAIL.

*Employee Response:*

**I HAVE READ AND UNDERSTAND THE ABOVE COUNSELING/WARNING STATEMENT.**

| [signature] | 9-25-09 | [signature] | 9/22/09 |
|---|---|---|---|
| *EMPLOYEE SIGNATURE* | *DATE* | *SUPERVISOR=S SIGNATURE* | *DATE* |

**STATEMENT**

DATE 9/17/09 TIME wrote 2122 PLACE 6th floor

On the 16th I Dep. Kitchens was checking the 6th floor when I saw 1 personal Dvd player in the tower on the East Side. It Appeared to be players because the top was only half way Down. I Said Something About it to the Deputy. when I Returned later for Another check I Didn't See it Any where and Assumed he had took it out of Building Before I left At 2345 Hr I talked to Lt Howard About it And He Assured Me he would talk to his people about these things

THIS STATEMENT WAS COMPLETED AT 2135 M., ON THE 17th DAY OF September, 09.

[signature] BMS
SIGNATURE

WITNESSES:

PAGE 1 OF 1

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 15-6-42

Complainant's Name: RCSO Race & Sex:____ Age:____

Home Address: 400 Walton Way Phone: 7068211080

City: Augusta State: GA Email:

Witness's Name: See notes Race & Sex:____ Age:____

Home Address:____ Phone:____

City:____ State:____ Email:____

Date/Time Incident Occurred: 062215/2219 Location: 2634 Blueberry Circle

How Complaint was received: In Person X Phone____ Email____ Mail____

Deputy/Employee Involved: Bryan Mealing Deputy/Employee Involved: Kris Lapham

Deputy/Employee Involved:____ Deputy/Employee Involved:____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Officer involved shooting. See case notes and report Case # 15-228783

Supervisor/Investigative Comments.

See notes GBI was contacted and handled the incident. Their case notes will be attached to report when they are completed.

Disposition of Complaint: Unsub

Complaint Received by: Sgt. Rahn Unit# B34 Date: 062515

# Richmond County Sheriff's Office

**CASE REPORT** CASE# 2015-00228783

400 Walton Way

Augusta, GA 30901

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 6/22/2015 22:20 | (1300) Assault | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 6/22/2015 22:19 | 06/22/2015 22:30 | 2634 BLUEBERRY CIR AUGUSTA, GA |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 16-5-21C.1 AGGRAVATED ASSAULT UPON A POLICE OFFICER | 1 | Attempt |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Other | | Wicks, Tyler James | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| [redacted]1985 | 29 | 2634 BLUEBERRY CIR AUGUSTA, GA 30906 | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| White | Male | 5'11 5'11 | 153 153 | Brown | Brown | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| | [redacted] | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult Other | | Mealing, Bryan | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | 400 Walton WAY Augusta, GA 30901 | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| | | | | | | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| | [redacted] | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| | | | | | | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | | |
| | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MADDEN, DANIEL A 724842 | 6/22/2015 | BECKMAN, BRANDON |

## Richmond County Sheriff's Office

CASE REPORT CASE# 2015-00228783

400 Walton Way

Augusta, GA 30901

### NARRATIVE

Investigator Daniel Madden was assigned the listed case involving Tyler Wicks and Deputy Bryan Mealing. Deputy Mealing responded to 2634 Blueberry Circle in reference to a suicidal person with a firearm. When Deputy Mealing Mealing arrived at the residence and went inside the residence. Deputy Mealing was advised by the mother, Ami McKenzie once inside that Wicks was armed with a Ak-47 style weapon inside his room. Deputy Mealing tried to make entry into Wick's room and found Wicks holding the firearm and Wicks also charged the weapon. Wicks then went to point the weapon at Deputy Mealing at which point Deputy Mealing shot Wicks. Wicks was transported to GRU and pronounced dead by Coroner Mark Bowen. See Case notes for additional information.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| MADDEN, DANIEL A 724842 | 6/22/2015 | BECKMAN, BRANDON |

| | |
|---|---|
| Case#: | 2015-228783 |
| Suspect: | N/A |
| Complainant: | Officer's Report |
| Victim: | Wicks, Tyler James – W/M (29)<br>DOB:[redacted]85 SSN:[redacted]<br>2634 Blueberry Circle<br>Augusta, GA 30906<br>(706)550-2960 |
| Incident Type: | Aggravated Assault on a Police Officer |
| Incident Location: | 2634 Blueberry Circle<br>Augusta, GA 30906 |
| Incident Date: | June 22, 2015 |
| Investigator: | Daniel Madden 740 |

Monday, June 22, 2015
2223 Hours
Investigator Daniel Madden was monitoring radio traffic, when dispatch directed units to respond to 2634 Blueberry Circle in reference to a disturbance. Deputy Bryan Mealing, Deputy Chris Lapham and Deputy Douglas Kirkland were dispatched to 2634 Blueberry Circle. Inv. Madden noted dispatch advised that the suspect, Tyler Wicks, was threatening to shoot his wife and would shoot anyone that tried to help. Inv. Madden also noted that dispatch stated Wicks was suicidal and had taken several unknown pills. Inv. Madden noted that dispatch advised Wicks put the gun away at one point and grabbed a beer.

2234 Hours
Inv. Madden noted that dispatch held the net for Deputy Mealing, Deputy Lapham and Deputy Kirkland upon their arrival on scene.

2235 Hours
Inv. Madden noted dispatch advised shots were fired and one was down at 2634 Blueberry Circle.

2239 Hours
Inv. Madden noted that dispatch advised CPR was in progress and Gold Cross was en route to 2634 Blueberry Circle.

*Inv. Madden noted that CID had not been contacted at this point and it was not clear if the gunshot was self-inflicted or Wicks had been shot by a Deputy.*

2304 Hours
Inv. Newsome received a phone call from Dispatch concerning an Officer Involved Shooting incident that occurred at 2634 Blueberry Circle. Inv. Newsome advised he would be en-route.

2312 Hours
Inv. Newsome contacted Sgt. Tom Johnson and Inv. Newsome advised him of this incident.

2319 Hours
Inv. Madden was monitoring radio traffic, when Duty Officer, Lt. David Bourbo came over the radio and asked for them to contact Crime Scene. Lt. Bourbo also asked if CID was en route.

2320 Hours
Inv. Madden switched to the South Channel and asked for a unit on scene to contact CID.

2321 Hours
Inv. Madden was contacted by Corporal Daniel D'Aversa via phone. Corporal D'Aversa advised that when Bryan Mealing approached Wicks in the residence, Wicks went for a firearm and Deputy Mealing shot Wicks. Corporal D'Aversa stated he did not have any additional information, because he was securing the scene.

2322 Hours
Inv. Madden contacted Sgt. Paul Godden and advised him of the incident. Sgt. Godden stated he would be en route.

2328 Hours
Inv. Madden and Inv. William Smith went en route to 2634 Blueberry Circle. Inv. Madden noted Inv. Lucas Grant advised he would be en route via radio.

2334 Hours
Inv. Madden, Inv. Grant and Inv. Smith arrived at 2634 Blueberry Circle. Inv. Madden noted that the 2600 Block of Blueberry Circle was taped off with Crime Scene Tape. Inv. Madden noted the following personnel on scene: Deputy Mealing, Deputy Lapham, Deputy Kirkland, Major Scott Peebles, Major Steven Strickland, Captain Gerald Metzler, Sgt. Kenneth McCormick, Chief Patrick Clayton, Sgt. William McCarty, Lt. David Bourbo, Lt. Alan Rollins and Corporal Matt Mealing.

Inv. Madden advised Lt. Bourbo was the first Supervisor on scene. Inv. Madden was also advised that Wicks was already transported to GRU by Gold Cross Unit #27.

2335 Hours
Inv. Madden was advised by Major Peebles to hold off on everything until GBI arrived. Major Peebles also advised he wanted a parallel investigation completed with the GBI. Inv. Madden was also advised that Wicks' step father, Michael McKenzie, Wicks' mother, Ami McKenzie and his sister, Hannah Brockwell were in the residence during the incident.

2340 Hours
Inv. Madden noted that Attorney Bill Sussman, Attorney Robert Sussman, Sgt. Paul Godden and Sgt. Glen Rahn arrived on scene.

2344 Hours
Inv. Madden noted the RCSO Crime Scene Investigators, Sgt. Tom Johnson and Inv. Shawn Newsome arrived on scene.

2345 Hours
Sgt. Godden advised Inv. Smith to be en route to CID to prepare Interviews Rooms and obtained a Criminal History on Wicks.

Inv. Newsome arrived at 2634 Blueberry Circle and Inv. Newsome met with Sgt. Kenneth McCormick. Sgt. McCormick advised that the scene was secured with Crime Scene Tape and the involved Deputies, Bryan Mealing, Kris Lapham, and Douglas Kirkland were being kept separated from each other awaiting the Georgia Bureau of Investigations (GBI) arrival. Sgt. McCormick also stated that Deputy Mealing was the only Deputy known to have fired his weapon at the deceased, Tyler Wicks, and Wicks was transported to Georgia Regents University (GRU Hospital) but Wicks succumbed to his injuries. Inv. Newsome inquired if a Deputy was standing by with Wicks at GRU Hospital until Investigators could arrive and Sgt. McCormick advised he would assure that a Deputy would. Sgt. McCormick also advised that the family of Wicks lived next door to 2634 Blueberry Circle and were standing by to also speak with the GBI Investigators. Sgt. McCormick stated that Deputy Zachary Chalker was the fourth Deputy to arrive on scene and that he never entered the incident location but he did assist in securing the scene. Inv. Newsome observed that 2634 Blueberry Circle was positioned in a cul-de-sac and the residence is on the west side of the cul-de-sac but faces east. A blue Ford Explorer, GA handicap tag#: PD936G, was parked in the driveway of the residence and a black Dodge Caravan marked "CGS Sound and Video" logo on the front, back, and sides of the vehicle parked to the left of the driveway on the south side of the yard. Inv. Newsome also observed a the Deputies patrol vehicles parked in the roadway just before the cul-de-sac with Unit 5201 parked on the west side of the roadway closest to the incident location and Unit 5202 was parked behind 5201. Unit 5302 was parked on the east side of the roadway near Unit 5202.

Inv. Newsome met with GBI Special Agent Carl Murray and SA Murray was briefed concerning the scene. SA Murray met with Deputy Bryan Mealing and SA Murray examined Deputy Mealing's issued weapon, Glock 22 Gen 4 (SN: YUK784) (weapon used in this incident). The weapon was loaded with twelve cartridges in the magazine and one cartridge in the chamber. SA Murray collected the weapon from Deputy Mealing and Deputy Mealing was temporarily issued another weapon at this time by Major Steve Strickland.

SA Murray met with Deputy Kris Lapham and SA Murray examined Deputy Lapham's issued weapon, Glock 22 Gen 4 (SN: YUX812). The weapon was loaded with fifteen cartridges in the magazine and one cartridge in the chamber. The weapon was turned back over to Deputy Lapham.

SA Murray met with Deputy Douglas Kirkland and SA Murray examined Deputy Kirkland's issued weapon, Glock 22 Gen 4 (SN: YUX815). The weapon was loaded with fourteen cartridges in the magazine and one cartridge in the chamber. The weapon was turned back over to Deputy Kirkland.

SA Murray met with Deputy Zachary Chalker and SA Murray examined Deputy Chalker's issued weapon, Glock 22 Gen 4 (RTP693). The weapon was loaded with fifteen cartridges in the magazine and one cartridge in the chamber. The weapon was turned back over to Deputy Chalker.

SA Murray marked the location of the Deputies vehicles using white paint on the roadway. SA Murray also obtained measurements of the scene at this time.

Inv. Newsome noted that upon approaching the front door of 2634 Blueberry Circle a window unit air-conditioner was positioned in the window to the left of the front door. Inv. Newsome further noted that a bottle of "Walgreens" extra strength pain reliever was sitting on the top of the air-conditioner next to an opened bottle of Corona Extra beer that had approximately an ounce of beer in the bottom of the beer bottle. Upon entering the residence Inv. Newsome observed that the front entrance accessed the living-room area which had access to the open kitchen, hallway leading to bedrooms/bathrooms, and a side bedroom. Inv. Newsome noted an area of blood on the floor of the living-room in front of the couch. Inv. Newsome also observed a brown/black Glock 22 (Gen 4, SN: WFK031) lying at the doorway of the side bedroom that could be accessed through the living-room. Inv. Newsome then noted that a .40 caliber Federal S&W casing was also lying next to the Glock 22. Just inside the side bedroom on the left as you enter, Inv. Newsome observed a Winham Weaponary .223 caliber rifle (SN: WW101091) lying on the floor. Inv. Newsome noted that the room was extremely cluttered with several items piled along the walls of the room. Inv. Newsome observed another .40 caliber Federal S&W casing lying near the Winham Weaponary rifle. Inv. Newsome also observed an area of blood on the carpet near the south eastern part of the room. SA Murray obtained measurements of the evidence in relation to their position in the room. Inv. Newsome photographed the room and the located evidence. Inv. Newsome and SA Murray checked the room for projectile strikes or projectiles but were unable to locate any. SA Murray collected the Glock handgun, Winham Weaponary rifle, and the casings found at the scene. Inv. Newsome noted that the Glock was loaded with fifteen cartridges in the magazine but there was not a cartridge in the chamber. Inv. Newsome further noted that the Winham Weaponary rifle was also loaded with a full clip of cartridges and there was one cartridge in the chamber. SA Murray sealed the side bedroom using evidence tape.

Inv. Newsome noted that the remaining part of the residence did not appear to be involved in this incident but the residence consisted of a total of four bedrooms, two bathrooms, and an enclosed back porch. Inv. Newsome further noted that every room in the residence was cluttered with items except the living-room. Inv. Newsome further noted that the rear back porch area was extremely cluttered with trash and items.

2347 Hours
Inv. Madden noted GBI Special Agents Wendall Goodman, Pat Morgan, Woody Boyd and Mike Petry arrived on scene.

Tuesday, June 23, 2015
0040 Hours
Inv. Grant observed a Gold Cross Unit arriving on scene and Inv. Grant made contact with Field Supervisor; Thomas Edward, Paramedic; Mark Chavous, and EMT; Wendy Wallace (their information was turned over to Special Agent Woody Boyd for further investigations). Chavous advised Inv. Grant that he and Wallace arrived on scene and transported the suspect, Tyler Wick, to Georgia Regents University. Inv. Grant was advised Wicks was non responsive and received two gunshot wounds to his chest.

0051 Hours
Inv. Madden noted the GBI Crime Scene Unit arrived on scene.

0053 Hours
Inv. Madden was advised by Sgt. Godden to go with Special Agent Goodman to complete a canvass.

0056 Hours
Special Agent Goodman conducted a canvass on the 2600 Block of Blueberry Circle and Blueberry Drive, which was met with the following results(Inv. Madden noted all information):

| ADDRESS: | CANVASS RESULT |
|---|---|
| 2626 Blueberry Circle | Special Agent Goodman made contact with James Redfern (706-833-3323). Redfern advised he did not hear or see anything, but he noticedall of the Sheriff's Deputies when they arrived. Redfern advised he witnessed Wicks having an argument with a female 5 or 6 months ago. Redfern advised Wicks fired a weapon in the air during the altercation. Inv. Madden noted the case was documented under case #2014-195397. |
| 2627 Blueberry Circle | Special Agent Goodman made contact with George Gynn (910-381-2248). Gynn stated he did not see or hear anything. Gynn stated he saw units arriving after the incident. Gynn stated he was not familiar with Wicks. |
| 2628 Blueberry Circle | Special Agent Goodman made contact with Alda Boyd (706-798-3625). Boyd stated she did not hear or see anything. Boyd stated she is familiar with Wicks and knows he had problems a few months back. Boyd stated a few months back, Wicks had a incident that involved a weapon, but she believed he was doing good now and staying out of trouble. Boyd stated Wicks came home when it was getting dark and she observed him picking up some trash from the road before he went inside. Inv. Madden noted the case was documented under case #2014-195397. |

| | |
|---|---|
| 2630 Blueberry Circle | No Answer |
| 2636 Blueberry Circle | Special Agent Goodman made contact with Meaghan Shows (No Phone). Shows stated she heard three gunshots and possible crying around 2230 hours (Inv. Madden noted this was during the incident). Shows stated she did not hear any screaming or arguing. Shows stated she remembers an incident involving gunshots at that same residence a few months back, but she did not know who was involved. Shows stated she is not familiar with Wicks. |
| 2629 Blueberry Circle | Special Agent Goodman made contact with Angie Mullis (706-931-7585). Mullis stated she did not hear or see anything. Mullis stated she saw when Deputies arrived and have seen Deputies at the residence in the past, but unsure who was involved. |

0115 Hours
Special Agent Pat Morgan made contact with Inv. Grant and advised Inv. Grant to escort Ami McKenzie, Michael McKenzie, and Hannah Brockwell to CID so formal interviews to be conducted.

0116 Hours
Inv. Grant contacted Inv. Smith via telephone to advise him of preparing the soft interview rooms for the witnesses, Ami McKenzie, Michael McKenzie, and Hannah Brockwell.

0124 Hours
Inv. Grant arrived at CID with Ami McKenzie, Michael McKenzie, and Hannah Brockwell.

0131 Hours
Inv. Grant completed an interview worksheet on Ami McKenzie and placed her in Interview Room #6.

0134 Hours
Inv. Grant completed an interview worksheet on Michael McKenzie and placed him in Interview Room #1.

0144 Hours
Inv. Madden was advised by Sgt. Godden to transport Deputy Kirkland to CID. Inv. Madden and Deputy Kirkland went en route to CID. *Inv. Madden noted Inv. Smith went back to CID at an earlier time to set up interview rooms.*

0150 Hours
Deputy Coroner Albert Boudy and Coroner Mark Bowen arrived at CID.

0151 Hours
Inv. Grant observed Deputies Mealing, Deputy Kirkland, Deputy Chalker and Deputy Lapham arrive at CID. Inv. Grant advised Deputy Mealing to wait in the main conference room, Deputy Chalker to wait in Sgt. Dan Carrier's office, Deputy Kirkland to wait in the back conference room, and Deputy Lapham to wait in break room until further instructions were given by the Special Agents.

0155 Hours
Inv. Grant received Wick's property obtained by Deputy Coroner Boudy, which consisted of Wick's wallet, cell phone, keys, Georgia Driver License and Cigarettes. Inv. Grant logged the property onto Property Receipt # 0181 and later turned the property over to Ami McKenzie and received a signature from Ami McKenzie (inv. Grant was advised by Special Agent Boyd to release the Property to the family). Inv. Grant later turned Wick's cell phone over to Special Agent Woody Boyd and Property Receipt # 0181. (Inv. Grant later placed a copy of Property Receipt # 0181 into Inv. Madden's case file.)

Special Agent Mike Petry met with Ami McKenzie (Wick's mother) and obtained a video recorded statement from her in Interview Room #6. Special Agent Petry gave the following for a synopsis of Ami McKenzie's statement:

*"Special Agent Petry stated Ami McKenzie was at the residence when the shooting occurred. Special Agent Petry stated Ami McKenzie advised the following: Ami McKenzie stated Wick arrived at 2634 Blueberry Cir on 062215 at approximately 1800 hours. Ami McKenzie stated Wick asked her for Tylenol PM on 062215 at approximately 2030 hours and she told Wick she did not have any. Ami McKenzie stated she believes Wick left the residence at an unknown time but returned with a pill bottle turned up to his mouth. Ami McKenzie stated Wick advised Ami McKenzie that he was sorry for being a fuck up. Ami McKenzie stated Wick walked through the residence advising he wanted to harm himself. Ami McKenzie stated she later observed Wick with what she believed to be an AK style rifle. Ami McKenzie stated Officer's arrived on scene and she told the Officer's that Wick had the AK style rifle in his hands. Ami McKenzie stated the Officer's advised her to exit the residence as they walked towards Wick's bedroom. Ami McKenzie stated she overheard the Officer's tell Wick to put the gun down several times. Ami McKenzie stated as she was exiting the residence she heard several shots fired."*

Inv. Grant stopped the recording once the interview was concluded. Ami McKenzie was then escorted to the Waiting Area.

0307 Hours
Inv. Grant set up Interview Room # 6 for Special Agent Wendell Goodman to conduct a video recorded interview with Deputy Chalker.

0314 Hours
Inv. Grant set up Interview Room # 1 for Special Agent Boyd to conduct a video recorded interview with Deputy Mealing.

0315 Hours
Inv. Grant set up Interview Room # 5 for Special Agent Petry to conduct a video recorded interview with Deputy Lapham.

0320 Hours
Inv. Madden learned from Sgt. Godden that Coroner Mark Bowen put the Time of Death for Wicks at 2316 hours on June 22, 2015.

0344 Hours
Inv. Grant set up Interview Room # 6 for Special Agent Goodman to conduct a video recorded interview with Lt. David Bourbo. Special Agent Goodman obtained a recorded statement with Lt. Bourbo. Special Agent Goodman met with Lt. Bourbo and gave the following synopsis of Lt. Bourbo's statement:

*"Special Agent Goodman stated Lt. Bourbo advised the following: Lt. Bourbo stated he heard Dispatch advised road patrol units of a male suicidal subject at 2634 Blueberry Cir via radio. Lt. Bourbo stated he heard Deputy Douglas Kirkland and Mealing advised Dispatch they would be en route. Lt. Bourbo stated he heard shots were fired at the listed location and Lt. Bourbo went en route. Lt. Bourbo stated on his arrival he observed Deputy Lapham standing at the front door of the residence, Deputy Kirkland inside of the residence, Deputy Chalker standing outside of the residence, and Deputy Mealing inside of Wick's bedroom with EMS. Lt. Bourbo stated he observed an AR15 inside of Wick's bedroom. Lt. Bourbo stated he contacted Sgt. Kenneth McCormick via radio advising Sgt. McCormick to remove Deputy Mealing's duty weapon and place it in Sgt. McCormick's patrol unit."*

Inv. Grant stopped the recording once the interview was concluded. Lt. Bourbo left CID and went Off Duty after the interview.

0402 Hours
Inv. Grant set up Interview Room # 6 for Special Agent Petry to conduct a video recorded interview with Deputy Kirkland. Special Agent Mike Petry met with Deputy Kirkland and obtained a recorded statement from him. Special Agent gave the following synopsis of Deputy Kirkland's statement:

*"Special Agent Petry stated Deputy Kirkland advised the following: Deputy Kirkland stated he heard Dispatch put out the call in reference to a suicidal person with a weapon. Deputy Kirkland stated he recognized the address given by Dispatch (2634 Blueberry Cir) from a previous call last year dealing with Wick. Deputy Kirkland stated he advised Deputy Mealing to change his radio channel from South Channel to South Tac. Deputy Kirkland stated he advised Deputy Mealing to wait for him prior to arriving on scene. Deputy Kirkland stated he provided Deputy Mealing with some background on Wick in reference to last year's incident. Deputy Kirkland stated he arrived on scene and observed Deputy Mealing and Deputy Lapham were on scene. Deputy Kirkland stated he exited his patrol unit and heard 2-3 shots fired. Deputy Kirkland stated he ran inside of the residence with his weapon drawn and observed Ami McKenzie and Michael McKenzie inside the residence. Deputy Kirkland stated Ami McKenzie pointed towards Wick's bedroom and he advised Ami McKenzie and Michael McKenzie to exit the residence. Deputy Kirkland stated he observed Wick lying on the floor in Wick's bedroom and Deputy Mealing and Deputy Lapham standing by Wick. Deputy Kirkland stated he observed an AR15 by Wick's feet and stepped over a two toned color Glock .40 (semi-automatic pistol) caliber prior to entering Wick's bedroom. Deputy Kirkland stated he began first aid until EMS arrived on scene.*

Inv. Grant stopped the recording once the interview was concluded. Deputy Kirkland left CID and went off duty.

0421 Hours
Inv. Grant turned all DVD-R recordings over to Special Agent Boyd.

0450 Hours
Inv. Madden noted the following synopsizes from the GBI's Investigation:

1.Special Agent Goodman met with Brockwell (Wick's sister) and obtained a video recorded statement from her in Interview Room #5. Special Agent Goodman gave the following for a synopsis of Brockwell's statement:

*"Special Agent Goodman stated Brockwell was not at the residence when the shooting occurred, but she was there earlier. Special Agent Goodman stated Brockwell was at the residence earlier when Wicks was drinking and taking pills. Special Agent Goodman advised Brockwell stated Wicks started talking crazy about shooting people and got his gun out of his room. Special Agent Goodman stated Brockwell was advised by her father, Michael McKenzie to leave the residence, because Wicks was not acting right. Special Agent Goodman stated Brockwell got her small child and left the residence. Special Agent Goodman stated Brockwell came back to the residence a short time later and found Sheriff Deputies on scene." See DVD-R for additional information.*

2. Special Agent Goodman met with Deputy Chalker and obtained a video recorded statement from him in Interview Room #6. Special Agent Goodman gave the following for a synopsis of Deputy Chalker's statement:

*"Special Agent Goodman stated Deputy Chalker advised he was on another call, when he heard dispatch broadcast shots had been fired at 2634 Blueberry Circle. Special Agent Goodman stated Deputy Chalker advised he cleared from his call and went en route to 2634 Blueberry Circle. Special Agent Goodman stated Deputy Chalker advised he arrived at 2634 Blueberry Circle and found Deputy Lapham standing at the front door of the residence. Special Agent Goodman stated Deputy Chalker advised he went into the residence and found Deputy Kirkland at the entrance door to Wick's room. Special Agent Goodman stated Deputy Chalker advised he looked into Wick's room and saw Deputy Mealing performing CPR on Wicks. Special Agent Goodman stated Deputy Chalker advised Wicks did not seem responsive and Gold Cross arrived on scene shortly after." See DVD-R for additional information.*

3. Special Agent Petry met with Deputy Lapham and obtained a video recorded statement from him in Interview Room #5. Special Agent Petry gave the following for a synopsis of Deputy Lapham's statement:

*"Special Agent Petry stated Deputy Lapham advised he was a rider with Deputy Mealing on the night of the incident. Special Agent Petry stated Deputy Lapham advised he and Deputy Mealing were dispatched to 2634 Blueberry Circle in reference to a suicidal person with a firearm. Special Agent Petry stated Deputy Lapham advised he and Deputy Mealing was parked on the road waiting on back up, when they saw two subjects (Wicks and Michael McKenzie) in the front yard of 2634 Blueberry Circle. Special Agent Petry stated Deputy Lapham advised there appeared to be an altercation that was about to take place with the two subjects, so he and Deputy Mealing pulled down to the residence. Special Agent Petry stated Deputy Lapham advised the two subjects went inside the residence, so he and Deputy Mealing walked up to the front entrance door, where they were met with Michael McKenzie. Special Agent Petry stated Deputy Lapham advised Michael McKenzie stated all of the weapons were put away and Wicks was in his room. Special Agent Petry stated Deputy Lapham advised he and Deputy Mealing proceeded to Wicks room with Deputy Mealing leading the way. Special Agent Petry stated Deputy Lapham advised Wicks' mother, Ami Mckenzie was standing in front of Wicks' door and she advised Wicks was armed with an Ak-47. Special Agent Petry stated Deputy Lapham advised he walked Ami Mckenzie out of the residence and he and Deputy Mealing approached Wicks' room door again. Special Agent Petry stated Deputy Lapham advised*
Deputy Mealing was in front of him and he could not see into the room, but Deputy Mealing stated a couple of times "Put the gun down". *Special Agent Petry stated Deputy Lapham advised he heard a bolt sliding back, like a weapon was being charged and heard 2 gunshots. Special Agent Petry stated Deputy Lapham advised he and Deputy Mealing entered the room and he saw Wicks lying on the floor face up with a pistol in his waistband and the Ar-15 lying on the ground beside him. Special Agent Petry stated Deputy Lapham advised Deputy Mealing secured the weapons and started administering CPR on Wick. Special Agent Petry stated Deputy Lapham advised Deputy Mealing performed CPR on Wicks until Gold Cross arrived." See DVD-R for additional information.*

4. Special Agent Boyd met with Michael McKenzie and obtained a video recorded statement from him in Interview Room #1. Special Agent Boyd gave the following for a synopsis of Michael McKenzie's statement:

*"Special Agent Boyd stated Michael McKenzie advised Wicks came home high on pills. Special Agent Boyd stated Michael McKenzie advised he knew Wicks was not in a good mental state and wanted Ami Mckenzie and Brockwell to leave the residence, because he observed a green pistol in Wicks' waistband. Special Agent Boyd stated Michael McKenzie advised Wicks told Ami McKenzie he was "fucked up" and he was sorry for being a "fuck up" also. Special Agent Boyd stated Michael McKenzie advised he contact dispatch and Wicks took additional pills and stated "I will shoot anyone that shows up". Special Agent Boyd stated Michael McKenzie advised at one point Wicks went into his room and put the firearm away. Special Agent Boyd stated Michael McKenzie advised he told everyone to get out of the residence again, but Ami McKenzie did not want to leave. Special Agent Boyd stated Michael McKenzie advised he thought Wicks was calming down after he put the weapon down, but he started getting aggravated again. Special Agent Boyd stated Michael McKenzie advised he saw the deputies pulling up and Wicks went inside again and grabbed a beer, but this time he returned to his room. Special Agent Boyd stated Michael McKenzie advised Wicks stated again "I am going to shoot them". Special Agent Boyd stated Michael McKenzie advised he met with the deputies at the front door of the residence and explained the situation and stated he believed Wicks had put the weapons away. Special Agent Boyd stated Michael McKenzie advised he told Wicks several times he did not need to put a firearm in his hand again when the deputies arrived. Special Agent Boyd stated Michael McKenzie advised the deputies went into the residence with the tall bald headed Deputy (Deputy Mealing) leading the way. Special Agent Boyd stated Michael McKenzie advised he heard one of the deputies stated three times "drop the gun" and then he heard three gun shots. Special Agent Boyd stated Michael McKenzie advised the deputies gave Wicks every opportunity to put the gun down, but he did not. Special Agent Boyd stated Michael McKenzie advised he believed this is what Wicks wanted, because Wicks has stated "they are going to shoot me or I am going to shoot them" before (referring to deputies"). Special Agent Boyd stated Michael McKenzie advised he had another incident where deputies had to use a Taser on Wicks, because he would not put a weapon down a few months back." See DVD-R for additional information.*

5. Special Agent Boyd met with Deputy Mealing and obtained a video recorded statement from him in Interview Room #1. Special Agent Boyd gave the following for a synopsis of Deputy Mealing's statement:

*Special Agent Boyd stated Deputy Mealing advised he and Deputy Lapham were dispatched to 2634 Blueberry Circle in reference to a suicidal person with a firearm. Special Agent Boyd stated Deputy Mealing advised he and Deputy Lapham arrived on scene and were going to wait for back up, but they saw a possible altercation with two subjects (Wicks and Michael McKenzie) that was taking place in front of 2634 Blueberry Circle. Special Agent Boyd stated Deputy Mealing advised he and Deputy Lapham pulled up to the residence and met Michael McKenzie at the front entrance door. Special Agent Boyd stated Deputy Mealing advised Michael McKenzie stated Wicks had put his weapon away, so he holstered his firearm and pulled his Taser out. Special Agent Boyd stated Deputy Mealing advised he and Deputy Lapham made entry into the residence and was met by Ami McKenzie, who was standing in front of Wicks room*

*door. Special Agent Boyd stated Deputy Mealing advised Ami McKenzie stated Wicks was armed with an Ak-47 inside his room. Special Agent Boyd stated Deputy Mealing advised, Ami McKenzie was escorted out of the residence and he and Deputy Lapham returned to Wicks' room. Special Agent Boyd stated Deputy Mealing advised when he looked into the room, Wicks was holding an AR-15 and he told Wicks several times to drop the gun. Special Agent Boyd stated Deputy Mealing advised Wicks then charged the weapon and started to point it at him, at which point he fired his weapon three times at Wicks. Special Agent Boyd stated Deputy Mealing advised Wicks dropped to the floor and he secured the weapons and began CPR until Gold Cross arrived." See CD-R for additional information.*

0500 Hours
Inv. Madden obtained a Criminal History on Wicks, which showed the following results:

- Reckless Conduct on August 6, 2014

0510 Hours
Inv. Madden noted the following reports in LERMS for WICKS:

- Criminal Trespass on August 8, 2012 under Case #2012-150430 (Involved Wicks showing up at his ex-wife's (Michelle Wicks) residence uninvited).
- Trouble with Subject on April 19, 2012 under Case #2012-074097 (Involved a custody dispute between Ami McKenzie and Michelle Wick (Michelle Wick and Tyler Wick's children).
- Trouble with Subject on January 28, 2012 under Case #2012-0018286 (Involved Tyler Wick being parked in front of Michelle Wick's driveway after they were split up).
- Aggravated Assault on August 5, 2014 under Case #2014-195297 (The shooting referred in the Canvass) – See Deputy Ty Dailey's Report below:

*"On Tuesday, August 5, 2014 I was dispatched to 2634 Blueberry Cir in reference to a domestic with shots being fired. Myself and Deputy Zachary Chalker (5302) arrived on scene. On arrival Deputy Chalker made contact with the listed subject who was sitting in a chair in the driveway. He stood up from the chair with a handgun in his waistband and removed it with his right hand and held it at shoulder height and roughly 6 to 12 inches to the side of his shoulder.*

*He was told numerous times by Deputy Chalker and myself to drop the gun while each of us had our handguns aimed at him and he did not comply with our commands. I told him again to drop the gun and he said to shoot him. Deputy Chalker continued to keep his own firearm aimed at the subject while I holstered my firearm and drew my taser. He was warned once more and did not comply. I tased the subject once with one prong striking him in the chest and the second in his right forearm. Upon being tased the subject's firearm was dropped in the grass.*

*Prior to our arrival the victim had left the scene and went to the Walgreens on Peach Orchard Rd where Deputy Douglas Kirkland (5303) met her. Once we had the subject detained, Deputy Kirkland brought the victim back to the scene.*

*The victim stated that her and the subject were divorced and have 3 children together. She stated that she had taken the children back to school shopping earlier in the day and was returning*

*them to her ex-husband where they have been visiting. Her and the subject's mother, Ami McKenzie began to argue. The victim stated that at this time the subject stood up and removed a gun from his waist and shot approximately 5 times in her direction: She then ran to her vehicle and fled the scene.*

*The subject stated that the victim arrived at the residence and began arguing. He then drew his gun and fired it three times into the ground and twice into the air. He stated that he was not shooting it at anyone and did not intend to injure the victim.*

*A supervisor and EMS were requested. Lieutenant Silas (A8) and Sgt. McCormick (B51) responded to the scene. Gold Cross responded to the scene and treated the subject for minor injuries caused by the taser prongs and checked his vitals.*

*Investigators Daniel (737) and Smith (730) responded to the scene and collected evidence. Five spent 40 S&W brass shell casings were recovered from the scene as well as one 40 S&W caliber SD40VE handgun. The handgun has not been reported stolen through NCIC.*

*The subject and victim were both transported to CID for interviewing by investigators."*

0641 Hours
Inv. Newsome and SA Murray left the scene.

2147 Hours
Inv. Madden made copies of the following interviews for Ami McKenzie, Michael McKenzie, Hannah Brockwell, Deputy Bryan Mealing, Deputy Douglas Kirkland, Deputy Chris Lapham, Deputy Zachary Chalker and Lt. David Bourbo that were transferred to DVD-R, logged onto Property Receipt#428818 and turned into the File Room.

2214 Hours
Inv. Madden completed an incident report on the incident.

Wednesday, June 24, 2015
0251 Hours
Inv. Madden was contacted by Sgt. Darrell Groomes in reference to this case. Sgt. Groomes stated while working the Pub Bar downtown, he was approached by Angela Massaro (706-627-2165). Sgt. Groomes stated Massaro stated she was driving on Blueberry Drive on June 22, 2015 and she observed Wicks outside pointing a firearm at the deputies on scene. Sgt. Groomes stated Massaro did not provide any other details and he wanted to pass on the information. Inv. Madden advised Sgt. Groomes the information would be passed on to a Supervisor.

1254 Hours
Inv. Newsome contacted SA Murray via phone and SA Murray advised that the autopsy was completed on Wicks (pending toxicology and histology). SA Murray stated that three projectiles were located in the body of Wicks.SA Murray advised that one projectile struck the center chest area and two projectiles struck the left shoulder area. SA Murray further stated he wanted to

revisit the scene to possibly locate a possible third casing. SA Murray advised he would be en-route at 1330 hours.

1336 Hours
Inv. Newsome met with SA Murray at 2634 Blueberry Circle. Inv. Newsome and SA Murray broke the seal on the side bedroom. Inv. Newsome and SA Murray searched the room for the possible third .40 caliber casing. Inv. Newsome located a .40 caliber Federal S&W casing under a bag just to the right of the doorway as Inv. Newsome entered the room. SA Murray collected the casing after photographing the casing and obtaining measurements.

1412 Hours
Inv. Newsome and SA Murray left the scene.

All photographs were downloaded to a CD-R and the CD-R was logged on property receipt# 244051.

Friday, June 26, 2015
2100 Hours
Inv. Madden received the 911 call from this incident and later transferred it to CD-R, logged it onto Property Receipt #428843 and turned it into the File Room. Inv. Madden noted the following from the 911 call:

- Inv. Madden noted the length of the call was 19 minutes and three seconds long. Inv. Madden noted Michael McKenzie called 911 and stated Wicks was taking pills and stating he was going to shoot Ami McKenzie and Brockwell. Michael McKenzie stated he believed Wicks was taking Klonopine. Michael McKenzie stated Wicks was freaking out and he needed help and also advised to send the Sheriff's Office and Swat. Inv. Madden noted you hear dispatch calling the ambulance service and then making contact with Michael McKenzie again. Michael McKenzie stated at one point that Wicks went back to his room, but he was still armed. Inv. Madden noted you could hear Brockwell in the background stating she loved Wicks, but Michael McKenzie was telling Brockwell to get away from him. Inv. Madden noted that Michael McKenzie stated everyone was in the backroom away from Wicks waiting on deputies. Inv. Madden noted Michael McKenzie stated Wicks was in the front yard pacing with his pistol. Inv. Madden noted Michael McKenzie stated Wicks came back in and stated "I want the cops to shoot me." Inv. Madden noted you could hear the deputies arrive and ask "does he have a gun". Inv. Madden noted at 15 minutes and 21 seconds into the recording, you hear drop the gun and three gunshots. Inv. Madden noted after the gunshots you hear the Deputy Mealing tell dispatch "shots fired, one down". Inv. Madden noted you could hear what appeared to be someone giving the victim chest compressions. See CD-R for additional information.

Saturday, June 27, 2015
2100 Hours
Inv. Madden attempted to make contact with Massaro via phone, which was met with negative results. Inv. Madden was not able to leave a message.

Wednesday, July 01, 2015
2030 Hours
Inv. Madden attempted to make contact with Massaro via phone, which was met with negative results. Inv. Madden was not able to leave a message.

Monday, July 06, 2015
2052 Hours
Inv. Madden made contact with Massaro via phone and completed an Interview Worksheet on her. Inv. Madden obtained a verbal statement from Massaro. The following is a synopsis of Massaro's statement:

Massaro stated she was leaving her grandmother's house on Dunham Court during the incident. Massaro stated when she was riding by Blueberry Circle she observed a white male in the doorway of 2634 Blueberry Drive with some type of rifle. Massaro stated she also saw two Deputies get out of their vehicle with their guns drawn. Massaro stated she did not see anything else, because she was just riding by the area.

2056 Hours
Inv. Madden concluded the interview with Massaro.

*This Case has been turned over to the GBI...*

# Richmond County Sheriff's Office
## Internal Incident Report

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 15-228783 | Incident Date: | 6/22/2015 | Incident Time: | 2221 |

☒ Original Report ☐ Corrected Copy ☐ Supplemental Report

Incident Location: 2634 Blueberry Ct. County: Richmond

Incident Type(s): (Check all that apply)
☐ DUI ☒ Use of Force ☐ Suspended/Revoked Driver's License
☐ Pursuit ☐ Stolen Vehicle ☐ Wanted Person ☐ Drug Seizure
☐ Other:

### Vehicle Information

Year: Make: Model: Color:
Tag: Year: State: Vehicle Impounded Location:
Released To: ☐ Passenger ☐ Family Member/ Friend ☐ Wrecker Service: ☐ Another Agency:
Inventory ☐ Yes ☐ No

### Violator / Complainant Information

Violator #: 1 Driver: ☐ Yes ☐ No Name: Wicks, Tyler James
Date of Birth: [redacted]1985 Race: White Weight: 153 Height: Ft: 5 In: 11 Marital Status: Separated
Sex: ☒ Male ☐ Female Eye Color: Hazel Hair Color: Brown Telephone Number: ( ) -
Driver's License No.: 054921986 State: ga Social Security No.: - -
Address: 2634 Blueberry Cir Employer:
City: Augusta State: ga Zip Code: 30906

Violator #: Driver: ☐ Yes ☐ No Name:
Date of Birth: Race: Weight: Height: Ft: In: Marital Status:
Sex: ☐ Male ☐ Female Eye Color: Hair Color: Telephone Number: ( ) -
Driver's License No.: State: Social Security No.: - -
Address: Employer:
City: State: Zip Code:

### Related Reports

| Type of Report | Report Number | Report Date |
|---|---|---|
| | | |
| | | |
| | | |

### Charges

| Violator # | Citation # | Code Section | Felony | Violation Description |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

Was this Incident Audio/Video Recorded? ☐ Yes ☐ No By :

### Witnesses / Assisting Officers

| Name | Address / Agency | Telephone Number |
|---|---|---|
| Deputy Kris Lapham (5201 / C165) | 400 Walton Way Augusta, GA 30901 | (706) 821-1010 |
| Deputy Douglas Kirkland (5202 / B247) | 400 Walton Way Augusta, Ga 30901 | (706) 821-1010 |
| | | ( ) - |

Reporting Officer: Bryan Mealing B934
Traffic/Unit: 5201 Traffic/Shift: 5 Zone A/D Report Date: 7/1/2015
Approving Supervisor: Sgt. Robert Cross Approval Date: 1/17/2015



RCSO Incident-0002 Rev. (11/13)

# Use of Force / Assault on Officer Information

Case No: 15 - 228783

Reason for Use of Force: ☐ Arrest ☒ Self-Defense ☒ Defense of Others ☐ Prevent Escape

Number of Officers Involved: 2 | Number of Violators Involved: 1 | Injury Sustained By: ☐ Officer ☒ Violator

Is This Case Being Investigated By: ☒ Internal Affairs ☒ Other Agency | Hospitalized: ☐ Officer ☐ Violator

Officer Assignment: ☐ Routine Traffic Patrol ☐ Road Check ☐ Processing DUI Suspect
☒ Civil Disorder ☐ Serving Process ☐ Transporting Prisoner ☐ Other

If Other, Specify:

## Environmental Conditions

Light Conditions: ☐ Daylight ☐ Dawn ☐ Dusk ☒ Night

Weather Conditions: ☒ Clear ☐ Overcast ☐ Rain ☐ Sleet ☐ Snow ☐ Fog

## Violator Information

Violator # (From Page 1 of this Report): 1 ☒ Alone ☐ Accompanied | Intoxicated: ☐ Yes ☒ No

Custodial Status: ☐ Detained ☐ Under Arrest ☐ Subsequently Arrested *(If not arrested, explain in narrative)* | If Yes: ☐ Alcohol ☐ Drugs

Age: 30 | Height: 5 Ft. 10 In. | Weight: 205 | Race: White | Sex: ☒ Male ☐ Female

Occupation: | Treatment: ☐ Hospitalized

Injury Sustained: 2 Shots to the chest | ☐ Treated and Released ☐ Refused

If Hospitalized, Location: | Photographs Taken:

Name of Attending Physician: | ☒ Yes ☐ No

Level of Resistance (Check all that apply)

☐ Pushed Officer ☒ Unresponsive to Commands ☐ Refused to Move / Dead Weight
☐ Pulled Away from Officer ☐ Wrestled with Officer ☐ Struck or Kicked Officer
☐ Attempted to Disarm Officer ☐ Life Threatening Weaponless Assault ☒ Weapon(s) Used Against Officer

Weapon(s) Used By Violator:

☐ None ☐ Hands ☐ Chemical Agent (Mace, Pepper Spray, Etc.) ☐ Edged Weapon (Knife, Razor, Etc.)
☐ Impact Weapon (Pipe, Board, Bat, Iron Bar, Etc.) ☐ Electronic Weapon (Taser, Etc.)
☐ Other (Specify):
☒ Firearm (Indicate Type and Describe Below): ☐ Handgun ☒ Rifle ☐ Shotgun

| Make: | Model: | Serial Number: | Caliber: |
|---|---|---|---|
| | AR-15 | | |

Appearance (Finish, Grips, Etc): Black

## Officer Information

Age: 36 | Height: 6 Ft. 1 In. | Weight: 245 | Race: White | Sex: ☒ Male ☐ Female

Injury Sustained: None | Treatment: ☐ Hospitalized

If Hospitalized, Location: | ☐ Treated and Released ☐ Refused

Name of Attending Physician: | Photographs Taken: ☐ Yes ☐ No

Weapon(s) Used / Displayed By Officer: ☐ None

| Displayed | Used | |
|---|---|---|
| ☐ | ☐ | Hands (Officer assumed a posture indicating imminent use of force or actually applied force) |
| ☐ | ☐ | Chemical Agent (Pepper Spray, Mace, Etc.) |
| ☐ | ☐ | Impact Weapon (Baton, Pipe, Board, Bat, Iron Bar, Etc.) |
| ☐ | ☐ | Electronic Weapon (Taser, Etc.) (Number of: Cartridge Deployments _____ Drive Stuns _____) |
| ☐ | ☐ | Edged Weapon (Knife, Razor, Etc.) (NOTE) If Taser used indicate Serial Number _____ |
| ☐ | ☐ | Other (Specify): |
| ☒ | ☒ | Firearm (Indicate Type and Describe Below): ☒ Handgun ☐ Rifle ☐ Shotgun |

| Make: | Model: | Serial Number: | Caliber: |
|---|---|---|---|
| Glock | 22 | YUX784 | 40 Cal. |

# NARRATIVE

Case Number: 15 - 228783 

I Dep. Mealing, Bryan along with Dep. Lapham, Kris was dispatched to 2634 Blueberry Ct. in reference to Mr. Wicks threatening suicide by pills.

While in route to the call I was advised that the subject had to be tased in the past while he was threatening other offficers with a gun. Upon my arrrival I observed Mr. Wicks standing outside the residence, unarmed, argueing with his parents. At this time I decided to make contact with Mr. Wicks and his family. As Deputy Lapham and I approached the residence all subjects walked inside. As we made it to the front door Mr. Wick's father step outside and advised me all weapons had been secured and that Mr. Wicks was in his room.
As Deputy Lapham and I entered the residence we observed Mr. Wick's mother standing at his bedroom door talking to him. His mother then turned towards me and advised that Mr. Wicks had his AK-47. At this time I grabbed Mr. Wicks mother and pulled her out of the doorway, telling her to go outside. As I entered the door area of Mr. Wick's room he was standing there with a AR-15 rifle. I gave two verbal commands of drop the gun before Mr. Wicks pulled the charging handle back loading the rifle. I gave one more command of drop the gun. Mr. Wicks then lifted the rifle slightly towards me and Lapham. That is when I shot Mr. Wicks in the chest with my duty weapon. Mr. Wicks fell to the ground. Lapham and I secured the rifle and handgun found in Mr. Wicks waistband. Then I along with Deputy Douglas Kirkland started first aid until EMS arrived on scene.

☐ Continued on Page of ☒ Last Page of Narrative

**RICHMOND COUNTY SHERIFF'S OFFICE**
SHERIFF RICHARD ROUNDTREE
Law Enforcement Center
400 Walton Way
Augusta, Georgia 30901
(706) 821-1000 FAX (706) 821-1064
www.augustaga.gov

## Firearms Qualification Sheet

Name: [illegible] Date: 6-26-15

O-Key: 0153492 Shift/Division/Zone: 5-Zone [illegible]

**Check all that apply:**

New Hire: ______ Annual: ______ Remediation: + (POST OIS)

**Duty Weapon #1**

| | | |
|---|---|---|
| Make: GLOCK | Model: 22 | Serial #: YUX 893 |
| Score #1: 448 | Score #2 | Score #3 |
| Score #4 | Score #5 | Score #6 |
| Score #7 | Score #8 | Score #9 |

Course of Fire - RCSO - 50 Round

**Duty Weapon #2** (Personal ______ RCSO Issued ______)

| | | |
|---|---|---|
| Make: | Model: | Serial # |
| Score #1 | Score #2 | Score #3 |
| Score #4 | Score #5 | Score #6 |
| Score #7 | Score #8 | Score #9 |

Course of Fire - RCSO 20 Round

**Long Gun** (Personal ______ RCSO Issued ______)

| | | |
|---|---|---|
| Make: | Model: | Serial #: |
| Score #1 | Score #2 | Score #3 |

Course of Fire - RCSO - 5 Round

**Shotgun**

| | | |
|---|---|---|
| Make: | Model: | Serial #: |
| Score #1 | Score #2 | Score #3 |

Course of Fire - RCSO - 30 Round

**Back-Up/Off-Duty Weapons**

| | | |
|---|---|---|
| Make: | Model: | Serial # |

(Continue additional Back-Up/Off-Duty weapons on back of sheet)

Instructors: SCARLETT - R-Z

CONCERN EAP
EMPLOYEE ASSISTANCE PROGRAM
WWW.CONCERNEAP.COM

2610-B Commons Blvd Augusta, GA 30909 P: 706.667.2353 · Toll Free: 888.667.2353 F: 706.667.2303

[redacted]

**Glen Rahn**

**From:** Monica R. Belser
**Sent:** Tuesday, June 23, 2015 3:57 PM
**To:** Tracy Carter
**Cc:** Allan Rollins; Glen Rahn
**Subject:** RE: Mealing & Lapham - Concern EAP

Yes Sir. We appreciate your assistance greatly in this matter! You may want to keep this documented for your records in case Mealing & Lapham have any difficulties in the future. Each person reacts differently.

**From:** Tracy Carter
**Sent:** Tuesday, June 23, 2015 3:51 PM
**To:** Monica R. Belser
**Subject:** RE: Mealing & Lapham - Concern EAP

Both have 1pm appointments tomorrow.

**From:** Monica R. Belser
**Sent:** Tuesday, June 23, 2015 12:35 PM
**To:** Tracy Carter
**Subject:** Mealing & Lapham - Concern EAP

Lt. Carter,

Call me at your convenience.

Regarding Bryan Mealing and Kris Lapham, if you would, have your designee set up appointments with Concern for their care. Jessica Epps, LCSW, is the point of contact. You don't need to complete any forms. You know your guys best and their schedules. I will include Jessica's contact information:

**Jessica Epps, LCSW**
**Clinical Director**
**Concern, EAP**
**2610 B Commons Blvd**
**706.667.2353**
**Jessica@concerneap.com**

**If you have any questions, please feel free to call me.**

**Monica**

**Sgt. Monica R. Belser, MSCRJ**
**Office of Professional Standards and Training**
**Richmond County Sheriff's Office**
**400 Walton Way**
**Augusta, GA 30901**
**706.821.1435 (Office)**
**706.821.1462 (Fax)**
**www.RCSOGA.org**

RICHMOND COUNTY SHERIFF'S OFFICE

SHERIFF RICHARD ROUNDTREE

Please consider the environment before printing this email.

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1

Please consider the environment before printing this email.

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED.104.1

# Frankie C. Wright

2668 Ardwick Drive
Hephzibah, Georgia 30815

[redacted] [redacted]

not care and that I needed to leave immediately. To avoid any further confrontation, I told my sister that it was ok and that I would leave. So, I left feeling embarrassed, disrespected, and harassed in front of my ten year old son for no probable reason at all.

On a daily basis, I teach my middle school students and my child the importan… obeying all
law enforcement officers. After all, I want them to give police off… at they
deserve because they have a very difficult job to d… protect
and serve the general welfare of the p… ce
brutality, racial discrimination, and ot… any kind
of way. Some cases have even ended i… d.
However, I am highly disappointed in … 272)
yesterday. His treatment towards me ye… olite, and
morally wrong. I was stereotyped and cr… roperty
for a totally of five minutes before I was … rity as
an advantage to get what he wanted. He l… d and I
was even harassed to the point why I felt l…

Gater Disciplinary

How can anyone be sleep at night knowing…

I am thankful for my parents instilling in me … ng. I
did as I was told and took the necessary steps…
walked away, ashamed and distraught.

May I add, this entire incident happened in fro… of my ten year old child. He admires police officers because he says they catch the bad guys and help people. But now his whole perception of a police officer has changed because of what he witnessed yesterday. He did not understand why Officer Gator was so rude. He said, "Mom, I thought the police were supposed to be nice, but he was mean to you." This broke my heart completely.

"Injustice anywhere is a threat to justice everywhere." ~Dr. Martin Luther King, Jr. ~

Sincerely,

FWright

Frankie Wright

**RICHMOND COUNTY SHERIFF'S OFFICE**
**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

# STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-09-12

Complainant's Name: WALKER, Willie Race & Sex: BM Age: 59

Home Address: ______ Phone: [redacted]

City: ______ State: ______ Email: ______

Witness's Name: ______ Race & Sex: ______ Age: ______

Home Address: ______ Phone: ______

City: ______ State: ______ Email: ______

Date/Time Incident Occurred: 09/09/2021 1425hrs Location: Fenwick @ Tuttle

How Complaint was received: In Person ______ Phone X Email ______ Mail ______

Deputy/Employee Involved: Tarpley Deputy/Employee Involved: Gaiter

Deputy/Employee Involved: Leathers Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Nature of complaint: Profiling, Unprofessional Conduct

R.C.S.O. Case #21-258634

Walker stated he was stopped by the above listed deputies who told him they pulled him over because he pulled out in front of them. Walker claimed this was untrue and he was profiled because of his race and the appearance of his vehicle (Flashy rims, etc.). He stated that the deputies searched his car without consent. He stated that a B/M deputy got into his face in an aggressive manner and threatened to arrest him (Walker claimed the deputy was spitting in his face while he was berating him). Walker feels that the deputy was upset and yelling at him because he was mad that he didn't find anything from searching the car. Walker stated that he was issued a citation (At time of the complaint, the ticket is not yet in the system).

Supervisor/Investigative Comments.
I, Lt. Harold Hitchcock, attempted to contact Walker on 09/10/21 and 09/20/21, and a recording announced that the phone number was not available. I reviewed the BWC videos for the deputies involved. Walker states at the beginning of the stop "You want to search me and get it over with?" During the traffic stop, Walker makes comments in an attempt instigate an argument. Walker was stopped for a trafic violation, and the deputies did not stop Walker based his race or his car. The deputies invovled conducted their duties in a professional manner, and they did not violate policy.

Disposition of Complaint: Unfounded

Complaint Received by: Sgt. William McCarty Unit# B-15 Date: 09/10/2021

# RI HMOND COUNTY SE RIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


16-04-31

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** 16546

**DATE OF VIOLATION:** 04/05/16

**VIOLATION OF S.O.P. #:** Use of Body Worn Camera 5.3-7

On 04/05/16 @ 22:48 you drove up on an incident in progress on Mill St. At Wrightsboro Rd. While the initial contact and foot pursuit were spontaneous, you still failed to activate your Body Worn Camera when the oppurtunity presented itself. A complaint from the arrestee concerning her treatment after the arrest was generated and could have been refuted or substantiated had the camera been in use. Be advised that any further violations of this policy could result in a more severe form of disciplinary action. Enter Narrative Here

**DISCIPLINARY ACTION INITIATED BY:** Sgt. Rick Shiflett [signature]

**DATE:** 04/28/16

**PROPOSED ACTION:** Written Warning

**REVIEWED BY: (IF APPLICABLE)**

| | | | | | |
|---|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **SERGEANT:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **LIEUTENANT:** | [signature] III | **DATE:** | 04·28·16 | ☑ Agree | ☐ Disagree |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree | ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree | ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

ORIGINAL



C272



000914

RI HMOND COUNTY SH RIFF'S OFFICE
**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

16-06-12

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** 16546

**DATE OF VIOLATION:** 06/05/16

**VIOLATION OF S.O.P. #:** 5.3-7 Use of Body worn Camera

Violation of General Order 15-004-Body Worn Camera Policy

On Sunday, June 5th, 2016 at approximately 2110 hrs, you were dispatched to 906 Molly Pond Rd. in reference to an assault. During the call, the suspect in the assault became obstructive which resulted in a Use of Force. I arrived on scene and inquired about the incident. You advised me that the battery to your BWC had died and you were unable to capture the incident as mandated by policy. You are reminded to keep you camera charged at all times as this incident certainly could have escalated and the video footage to suport the ends of justice would have been non-existent as turned out to be the case. If it wasn't for another Deputy's camera being activated, there would be no video footage of this incident. A check of Dep. Gaiters camera usage indicated that he had recorded 17 minutes of data before this incident occurred. Future violations may result in further disciplinay actions.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Eard Trimmingham/C-11

**DATE:** 06/06/16

**PROPOSED ACTION:** C-11 Written warning
A-1 Prior Written Warning 04/05/16 - PROPOSE: 2 day suspension.

**REVIEWED BY: (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SERGEANT:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **LIEUTENANT:** | [signature] III | **DATE:** | 06-08-16 | ☑ Agree ☐ Disagree |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

24-08-20

# Richmond County Sheriff's Office Disciplinary Report

**DEPUTY:** Corporal Leslie Gaiter **EMPLOYEE ID:** C272

**DATE OF VIOLATION:** 8/14/24

**VIOLATION OF S.O.P. #:** 3.7-1 (4.5) Unnecessary Force

On August 19, 2024, the Internal Affairs Division was requested to review a Use of Force (UOF) report submitted by Corporal Leslie Gaiter in which he tased a subject on August 14, 2024. Cpl. Gaiter's supervisors reviewed his UOF and stated it was unnecessary and/or excessive. Acting Lieutenant (A/Lt) Caleb Lee reviewed the UOF report and BWC Videos and learned Cpl. Gaiter responded to a trouble with subject call at the Waffle House on Wrightsboro Rd on August 14, 2024. The subject had previously been trespassed from the property and was no longer on scene, but Cpl. Gaiter located the subject walking nearby on foot. The subject fled on foot which ended a short time later when a citizen aided Cpl. Gaiter by tackling the subject. Cpl. Gait[illegible] [illegible]loyed the first cartridge of his taser which Carter was able to remove the probes, return to his feet, and start runnin[illegible] [illegible]ployed his second cartridge which connected with Carter achieving neuromuscular incapacitation (NM[illegible] [illegible] taser to electrically discharge (actively send electricity) 20 more times on this subject [illegible] [illegible]unt of taser deployment and discharges were 23.

On August 20, 2024, A/Lt Lee and Sgt. John F[illegible] [illegible]ideo. Cpl. Gaiter stated the force he used was reasonable. Cpl. Gaiter stated he wou[illegible] [illegible]t would not comply with any of his commands. Cpl. Gaiter stated other factors suc[illegible] [illegible] back up to arrive and assist also played a factor.

The purpose of using force is to gain compliance [illegible] [illegible]ary to do so. Cpl. Gaiter's initial use of the Taser was reasonable and justified. [illegible] [illegible]'s taser usage were unnecessary and unreasonable. There was an immedia[illegible] [illegible] subject a chance to comply with his orders. A couple of taser activations were use[illegible] [illegible]ith Cpl. Gaiter's orders. There were additional taser activations to the subject w[illegible] [illegible]sical danger to himself or Cpl. Gaiter. See IA Investigative Notes and UOF report[illegible]

Corporal Leslie Gaiter

**DISCIPLINARY ACTION INITIATED BY:** ______

**DATE:** 8/23/24

**PROPOSED ACTION:** Demotion to Dep; 5 [illegible] [illegible]emedial Taser&UOF Training; 12 Months' Probation

**REVIEWED BY: (IF APPLICABLE)** **Recommendation**

| | | | | | |
|---|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **SERGEANT:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **LIEUTENANT:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **CHIEF OF STAFF:** | [signature] | **DATE:** | 8/23/24 | ☑ Agree ☐ Disagree | |
| **CHIEF DEPUTY:** | [signature] | **DATE:** | 8/23/24 | ☑ Agree ☐ Disagree | |
| **SHERIFF:** | [signature] | **DATE:** | 08/26/24 | ☑ Agree ☐ Disagree | |

**FINAL DISPOSITION:** As stated above [initials]

**EMPLOYEE'S SIGNATURE:** [signature]

R..HMOND COUNTY SH..RIFF'S OFFICE
Sheriff Richard Roundtree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

22-04-25

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** 16546
**DATE OF VIOLATION:** 02/24/2022
**VIOLATION OF S.O.P. #:** Unsatisfactory Performance 4.26

On 02/24/2022, Deputy Leslie Gaiter assisted on a traffic stop where numerous items of clothing were located in the vehicle with department store tags attached from stores in Columbia County. The driver gave a false name and DOB that had previous shoplifting charges, so deputies contacted the Columbia County Sheriff's Office to inquire about recent shoplifting cases. Dep. Gaiter was advised that a CCSO investigator would contact him, so Dep. Gaiter seized the items to turn in to the Property Room during the investigation. The CCSO investigator did not make contact with Dep. Gaiter, and Dep. Gaiter failed to turn the property into the Property Room. Dep. Gaiter inventoried some of the items and documented the items on two Property Receipts, but he did not complete the inventory. Dep. Gaiter did not submit a Case Report or the Property Receipts. On 03/02/2022, Dep. Gaiter transferred the items from his patrol car to his personal vehicle, and he deposited the items into two Better World Recycling bins in front of Walmart, 3338 Wrightsboro Rd. The driver from the traffic stop contacted the Property Room on 03/29/2022, to inquire on the status of the property. I contacted the subject to ascertain if she can advise exactly what items were seized, and she advised that she is unaware of the number and price of each of the items that were seized. I contacted Better World Recycling in an attempt to retrieve the items, but the donation boxes were emptied on 03/23/2022, and the contents transported to North Carolina. Dep. Gaiter was recently counseled, on 02/15/2022, for not submitting a report in a timely manner. I have spoken with Dep. Gaiter in reference to not submitting reports and not handling seized property properly. Dep. Gaiter understands the severity of this situation.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Harold Hitchcock A268/A-11

**DATE:** 03/31/2022

**PROPOSED ACTION:** Three Days SWOP and Reimburse the complaint.

**REVIEWED BY: (IF APPLICABLE)**

| | | | | | | **Recommendation** |
|---|---|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree | ☐ Disagree | |
| **SERGEANT:** | | **DATE:** | | ☐ Agree | ☐ Disagree | |
| **LIEUTENANT:** | | **DATE:** | | ☐ Agree | ☐ Disagree | |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree | ☐ Disagree | |
| **MAJOR:** | | **DATE:** | | ☐ Agree | ☐ Disagree | |
| **COLONEL:** | [signature] | **DATE:** | 04/6/22 | ☑ Agree | ☐ Disagree | |
| **CHIEF DEPUTY:** | [signature] | **DATE:** | 4/6/21 | ☑ Agree | ☐ Disagree | |
| **SHERIFF:** | [signature] | **DATE:** | [illegible]/22 | ☑ Agree | ☐ Disagree | |

**FINAL DISPOSITION:**

As Stated Above R

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

22-02-15

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** 16546

**DATE OF VIOLATION:** 2/14/2022

**VIOLATION OF S.O.P. #:** Unsatisfactory Performance (4.26) / FAILURE TO COMPLETE REPORT

On February 14th, 2022 I, Cpl. Aaron C. Phillips received a complaint that Deputy Leslie Gaiter had failed to complete a crash report in which he investigated on October 4th, 2021. Upon review, it was found that Deputy Gaiter still had the report in his que for GEARS which was incomplete. Deputy Gaiter stated he was unable to complete or send the report because his computer did not have the newest program version of GEARS. Deputy Gaiter then had to be helped to complete the report for approval.

Deputy Gaiter was asked why he did not make contact with a supervisor or the I.T. department to have this issue resolved in a timely manner, to which he stated he forgot about the report. Deputy Gaiter has been counseled regarding this incident and the policy and procedures for completion of paperwork was reviewed.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Aaron C. Phillips, C-23

**DATE:** 2/15/2022

**PROPOSED ACTION:** Written Warning

**REVIEWED BY: (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SERGEANT:** | [signature] | **DATE:** | 02/16/22 | ☑ Agree ☐ Disagree |
| **LIEUTENANT:** | [signature] | **DATE:** | 02/16/22 | ☑ Agree ☐ Disagree |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

# RI…IMOND COUNTY SH…IFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


19-12-07

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** 16546

**DATE OF VIOLATION:** 12/04/19

**VIOLATION OF S.O.P. #:** Unsatisfactory Performance 4.26 (Patrol Vehicle Accident 5.2-10.1)

On 12/04/19 at 0941 hours Deputy Gaiter was traveling east on I-520 exit ramp 9 at Mike Padgett Hwy in the right turn only lane. The vehicle in front of him made a sudden stop for traffic causing the front of his vehicle to strike the rear of the vehicle in front of him. Deputy Gaiter was found at fault for following too closely see case number 19-419151. This is Deputy Gaitor first at fault accident.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Byrnie Hardin A588/C23

**DATE:** 12/04/19

**PROPOSED ACTION:** Written Warning

| **REVIEWED BY: (IF APPLICABLE)** | | | | | **Recommendation** |
|---|---|---|---|---|---|
| **CORPORAL:** | [signature] | **DATE:** 120419 | ☑ Agree | ☐ Disagree | |
| **SERGEANT:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **LIEUTENANT:** | [signature] | **DATE:** 120419 | ☑ Agree | ☐ Disagree | |
| **CAPTAIN:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **MAJOR:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **COLONEL:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **CHIEF DEPUTY:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **SHERIFF:** | | **DATE:** | ☐ Agree | ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** [signature]

RIC"'MOND COUNTY SH"'RIFF'S OFFICE
Sheriff Richard Rounucree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

18-04-05

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** lg16546
**DATE OF VIOLATION:** February 24, 2018
**VIOLATION OF S.O.P. #:** 4.26 Unsatisfactory Performance (Report Writing)

On March 21, 2018 at 14:30hrs I received a phone call from a Mrs. Quingdam Wu in reference in locating her accident report under case #18-071416. Mrs. Wu stated that on February 24, 2018 she was involved in a motor vehicle accident and deputy Leslie Gaiter unit 1211 was the responding officer. She furtehr advised that she could not process her insurance claims without a report. After an intensive search, the report could not be located. Further inquiry revealed that dep. Gaiter had not completed a report.

On March 23, 2018 a report was completed and a redacted copy was made available to Mrs. Wu. Deputy Gaiter for unkown reason you failed to complete an accident report. This is a violation of the Sheriff's Office policy as well as substandard work. If there is not a drastic change in your work behavior I will be forced to suggest that you be transferred to a position that is less arduous with regards to your abilities to complete a task. Dep. Gaiter this is the very last time that there will be a discussion in reference to you not completing or turning in paperwork. Based on this incident and your past performances I am recommending a one day suspension.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Charles A. Mitchell III A-1/B001 [signature]

**DATE:** March 28, 2018

**PROPOSED ACTION:** 1 Day Suspension

**REVIEWED BY: (IF APPLICABLE)**

| | | | | | | Recommendation |
|---|---|---|---|---|---|---|
| CORPORAL: | | DATE: | | ☐ Agree | ☐ Disagree | |
| SERGEANT: | | DATE: | | ☐ Agree | ☐ Disagree | |
| LIEUTENANT: | | DATE: | | ☐ Agree | ☐ Disagree | |
| CAPTAIN: | [signature] | DATE: | 032818 | ☑ Agree | ☐ Disagree | |
| MAJOR: | | DATE: | | ☐ Agree | ☐ Disagree | |
| COLONEL: | | DATE: | | ☐ Agree | ☐ Disagree | |
| CHIEF DEPUTY: | | DATE: | | ☐ Agree | ☐ Disagree | |
| SHERIFF: | | DATE: | | ☐ Agree | ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** [signature]

# RI HMOND COUNTY SF RIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

16-11-25

**DEPUTY:** Leslie Gaiter **EMPLOYEE ID:** 16546

**DATE OF VIOLATION:** 11/10/16

**VIOLATION OF S.O.P. #:** Unsatisfactory Performance 4.26

Upon reviewing the video of an arrest made by you on 11/10/16, it appears that you initiated the confrontation by continuing to pursue the eventual arrestee even though he was backing away as you instructed. The video shows you becoming agitated by his continued use of curse words and the fact that he was recording the encounter on his cell phone. The suspect was in his own yard, was not the focus of the original incident that brought you there, and was at a distance from where you were conducting your investigation that he was not interfering with it.

This letter of counsel, along with discussing this matter in person with you, is intended to bring to your attention that you cannot allow your personal feelings or anger at the actions of someone on the sidelines dictate how you perform your investigation. While there was no problem with the use of force portion after you advised the suspect that he was under arrest, the video gives the impression that you, and not the suspect were the aggressor leading up to the arrest.

**DISCIPLINARY ACTION INITIATED BY:** Sgt. Rick Shiflett B10

**DATE:** 12/02/16

**PROPOSED ACTION:** Letter of Counsel

**REVIEWED BY: (IF APPLICABLE)**

| | | | | |
|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SERGEANT:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **LIEUTENANT:** | [signature] | **DATE:** | 120516 | ☑ Agree ☐ Disagree |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree ☐ Disagree |
| **SHERIFF:** | | **DATE:** | | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

8/17/2021
1017

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**

Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-08-15

Complainant's Name: Leon Williams 6/11/1980 Race & Sex: [redacted]

Home Address: 1101 Pine Street Phone: [redacted]

City: 30901 State:____ Email:____

Witness's Name:____ Race & Sex:____ Age:____

Home Address:____ Phone:____

City:____ State:____ Email:____

Date/Time Incident Occurred: 08/13/21 Location:____

How Complaint was received: In Person____ Phone X Email____ Mail____

Deputy/Employee Involved: Deputy Gaiter Deputy/Employee Involved:____

Deputy/Employee Involved:____ Deputy/Employee Involved:____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Pulling me over for no reason. Everytime he see vehicle or he Comes to assist if Someone else Stops me.
last encounter was a traffic Stop and recieved a ticket for seatbelt. Then asked to Search vehicle, when I refused he called for K-9 Said K-9 hit and Searched vehicle. Stop was three ~~hours~~ hours, Deputy gaiter came to assist search

Supervisor/Investigative Comments.

Disposition of Complaint:____

Complaint Received by:____ Unit#____ Date:____

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-08-15

Complainant's Name: Williams, Leon Race & Sex: B/M Age: ______

Home Address: 1101 Pine St Phone: [redacted]

City: Augusta State: GA Email: ______

Witness's Name: ______ Race & Sex: ______ Age: ______

Home Address: ______ Phone: ______

City: ______ State: ______ Email: ______

Date/Time Incident Occurred: 08/13/21 Location: ______

How Complaint was received: In Person ______ Phone ______ Email X Mail ______

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: ______

Deputy/Employee Involved: ______ Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On Thursday, September 2, 2021, Sgt. Kimberly Lee forwarded this complaint from Leon Williams on Deputy Leslie Gaiter. Williams complaint is Dep. Gaiter stops him on traffic stops for no reason or shows up when other deputies stop him. Williams suggested that Dep. Gaiter has had multiple encounters with him over the past several years, and Williams has made previous complaints on Dep. Gaiter. I reviewed the most recent traffic stop that Williams referenced on August 13, 2021. Dep. Gaiter stopped Williams on a traffic stop at the request of Inv. Richard Russell for a seatbelt violation. During the stop, the K-9 alerted on the vehicle, and Dep. Gaiter allowed assisting deputies to investigate the stop and search the vehicle. Williams was confrontational and argumentative towards the assisting deputies on scene. It was obvious on the video that Williams was confrontational and repeatedly asked Dep. Gaiter Why are you so nasty? Dep. Gaiter limited his contact with Williams, and while Dep. Gaiter was issuing a Seatbelt Violation remained professional. Williams referenced a traffic stop that occurred on October 28, 2020, where Inv. Michael McDonald stopped Williams on a traffic stop for a seatbelt violation. During the investigation, Inv. McDonald located illegal narcotics and called for assistance from the Crime Suppression Team. When Dep. Gaiter arrived, he realized that Williams was involved. Dep. Gaiter did not involve himself in the stop and did not initiate a conversation with Williams.

Supervisor/Investigative Comments.

Dep. Gaiter stated that after Williams was arrested and being escorted to a patrol car, Williams stated to him Oh you can t speak? In the two encounters that I am aware of where Dep. Gaiter has had contact with Williams it was after an investigator stopped Williams or an investigator requested a deputy stop Williams. I did not find where Dep. Gaiter was unprofessional or violated a department policy in either incident. The complaint was Not Sustained.

Disposition of Complaint: Not Sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A268 / A-11 Date: 09/09/2021

19-02-03

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 19-02-03

Complainant's Name: Charles Kellam Race & Sex: BM Age: ____

Home Address: CBWDC Phone: ____

City: ____ State: ____ Email: ____

Witness's Name: ____ Race & Sex: ____ Age: ____

Home Address: ____ Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 010219 Location: 1152 Peters Rd

How Complaint was received: In Person ____ Phone ____ Email ____ Mail X

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: ____

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.
See letter

Supervisor/Investigative Comments.
This is a court issue.

Disposition of Complaint: Not-Sustained

Complaint Received by: Lt. Rahn Unit# A14 Date: 020419

Although I have always felt officers are largely undercompensated for the service work they provide, I firmly believe that officers must remember that they chose a service position. That being said, given my military service, lack of criminal record, public service & social standing in the community, I can ~~expect~~ to be addressed as sir. I am an air force academy appointee & my wife a prominent director of the areas largest hospital. The way that I was mocked, and scrutinized was absolutely uncalled for and I am considering civil action against some of the officers involved.

3/11/2019
@ 1115

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 19-03-07

Complainant's Name: Christopher Michael Foss Race & Sex: M Age: 47

Home Address: 106 Reed Creek Martinez GA 30907 Phone: [redacted]

City: Martinez State: GA Email: [redacted]

Witness's Name: Kellie Arleen Foss Race & Sex: Caucasian Female Age: 47

Home Address: Same as above Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 03/06/2019 2157 Location: ____

How Complaint was received: In Person X Phone Cell phones (wife had called brother in law) Email ____ Mail ____

Deputy/Employee Involved: Gaiter C272 Deputy/Employee Involved: various others 2 officers specifically plain clothes sergeant? Latin American Gentleman

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

ON the date in question I was pulled over in my wifes vehicle. The vehicle had a cracked tail lens that was taped up but blinker & tail light functional. The previous month approx. 8 days previously a columbia county officer advised by way of warning that said light was to be fixed but advised my wife and I had some time to replace the light. (Recently had light inspected by columbia County officer and was told that it currently was not illegal & posed no safety risk) Light has been scheduled for replacement non-the-less. On said date I was pursued by officer Gaiter from a considerable distance → over

Supervisor/Investigative Comments

Disposition of Complaint: ____

Complaint Received by: ____ Unit# ____ Date: ____

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 22-05-08

Complainant's Name: Smith, Sybill Race & Sex: B/F Age:

Home Address: 18 Lake Shore Loop Phone: [redacted]

City: Augusta State: GA Email:

Witness's Name: Race & Sex: Age:

Home Address: Phone:

City: State: Email:

Date/Time Incident Occurred: 5/4/22 1715 hrs Location: 15th Ave @ Grand Blvd.

How Complaint was received: In Person ___ Phone X Email X Mail ___

Deputy/Employee Involved: Galter, Leslie Deputy/Employee Involved:

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On Friday, May 6, 2022, I received an email from Sgt. William McCarty with a complaint from Sybill Smith attached. Smith s complaint is that Dep. Galter never clearly stated why he stopped her, gave a reason deputies asked her to exit her car, or why they searched her car.

Smith stated that she was told initially that she was speeding but later told she had illegal tint. I reviewed BWC videos for Deputies Leslie Galter, Dantavion Jones, and Joseph Hawkins prior to contacting Smith. Immediately after Dep. Galter initiated the traffic stop and made contact with Smith, Dep. Galter explained to Smith that he stopped her for speeding and for illegal tint. Smith responded to Dep. Galter, that she was not speeding and the tint has been on the car for over a year.

Smith also stated that Galter told her to get out of the vehicle and her vehicle was searched and was never given a reason. During the stop, Dep. Hawkins and his K-9 conducted an open-air search around the vehicle and while the K-9 was sniffing on the passenger side of the vehicle, Smith can be heard asking Dep. Jones his name. Dep. Jones responds with his name, computer number, and car number, and Smith responds with a statement about her lawyer. Smith opened her door to exit the vehicle at the same time the K-9 alerted on the rear passenger side of the vehicle. Smith attempted to exit the vehicle on her own without deputies asking her.

Supervisor/Investigative Comments.

Dep. Galter can be heard stating ma am have a seat back in the car please, and Smith closed her door. Dep. Jones immediately stated that Smith can get out, the dog alerted. Dep. Jones approached the driver s door and asked Smith to step out of the vehicle. Smith exited the vehicle but continued to carry on a conversation on her cell phone.

Continued on Page 2

Disposition of Complaint: Not sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A268/A-11 Date: 05/11/22

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 22-05-22

Complainant's Name: Layla Hunt Race & Sex: W/F Age: 35

Home Address: 3863 Wrightsboro Rd RV 14 Phone: [redacted]

City: Augusta State: GA Email:

Witness's Name: Jonathan Rumbaugh Race & Sex: W/M Age: 37

Kiara Grandson

Home Address: 1017 Stevens creek Rd Phone: [redacted]

City: Martinez State: GA Email:

Date/Time Incident Occurred: may 21st Location: 10th and Broad street

How Complaint was received: In Person ✓ Phone ____ Email ____ Mail ____

Deputy/Employee Involved: L. Gaiter Badge# C272 Deputy/Employee Involved: ____

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

wrongfully arrested! No one helped us.
80 Guys Jumped us and put one in the hosiptal the cop asked me and another victim to point out one of the attackers and when we did the officer grabbed me and put me in his car

Supervisor/Investigative Comments.

Josh Pearce - brother knocked out by guys (7 guys), didn't do any reports
Tyler. Didn't do anything w/ guy's name, let them go back to Loft.

Disposition of Complaint: ____

Complaint Received by: Sgt. Caleb Lee Unit# B34 Date: 05/23/22

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 22-05-22

Complainant's Name: Kayla Hunt Race & Sex: W/F Age: 35

Home Address: 3863 Wrightsboro Rd RV14 Phone: [redacted]

City: Augusta State: GA Email: ______

Witness's Name: ______ Race & Sex: ______ Age: ______

Home Address: ______ Phone: ______

City: ______ State: ______ Email: ______

Date/Time Incident Occurred: ______ Location: ______

How Complaint was received: In Person ______ Phone ______ Email X Mail ______

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: ______

Deputy/Employee Involved: ______ Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

I received an email with a complaint from Kayla Hunt attached. The complaintant, Hunt, stated that she was wrongfully arrested and deputies did not help her the night that she was present when her friends were attacked by 3-4 suspects. I reviewed Dep. Leslie Gaiter's BWC video and observed that deputies attempted to assist her. Dep. Gaiter transported Hunt back to the incident location, and while en route stopped a suspect that matched the description she gave of one of the suspects. It was determined the subject was not involved. At the incident location, Dep. Gaiter made contact with a subject that matched the descriptions of the one of suspects that attacked her friends. Hunt appearted to be intoxicated, so Dep. Gaiter instructed Hunt to stay back and not get invovled. Hunt admitted to drinking mixed drinks that night. While Dep. Gaiter was interviewing the subject, Hunt approached the subject twice pointing in his face and yelling. After the first incident, Dep. Gaiter warned Hunt to step back. After the second incident, Dep. Gaiter arrested Hunt for Disorderly Conduct. The second complaint was that deputies did not help her or her friends. Deputies stopped and interviewed two suspects that matched the description of the suspects that attacked Hunt's friends. Neither subject could be linked to the incident. A Case Report was submitted in reference to the incident. I spoke to Hunt on the telephone, and I listened to her complaints. I explained what I observed on the BWC videos. She admitted that she got in the subject's face, but she was upset. She admitted to drinking, but

Supervisor/Investigative Comments.

denied being intoxicated. She stated that she was not aware that a report was submitted. Hunt was able to give me a nickname of one of the subjects that attacked her friend. This is a person that she knows, but the night of the incident she did not inform deputies. I agreed to submit a supplemental report with the nickname of the subject. I found that the deputies that investigated the incident did not violate policy and they investigated the incident thoroughly. The complaint is not sustained.

Disposition of Complaint: Not Sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A268/A-11 Date: 06/07/22

RICHMOND COUNTY SHERIFF'S OFFICE
Sheriff Richard Roundtree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

# STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 22-11-07

Complainant's Name: Danny Williams Race & Sex: BM Age:

Home Address: 2820 fairmont St Phone: [redacted]

City: augusta State: Ga Email: [redacted]

Witness's Name: Race & Sex: Age:

Home Address: Phone:

City: State: Email:

Date/Time Incident Occurred: Location:

How Complaint was received: In Person X Phone Email Mail

Deputy/Employee Involved: CARTER Deputy/Employee Involved:

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Complaint against ~~ag~~ L. Falter. I was tructed and handeled my money and firearm were taken in amount of $317.

Supervisor/Investigative Comments.

Disposition of Complaint: [signature]

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 19-02-03

Complainant's Name: Charles Kellam Race & Sex: BM Age: ____

Home Address: CBWDC Phone: ____

City: ____ State: ____ Email: ____

Witness's Name: ____ Race & Sex: ____ Age: ____

Home Address: ____ Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 010219 Location: 1152 Peters Rd

How Complaint was received: In Person ____ Phone ____ Email ____ Mail X

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: ____

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.
See letter

Supervisor/Investigative Comments.
This is a court issue.

Disposition of Complaint: Not-Sustained

Complaint Received by: Lt. Rahn Unit# A14 Date: 020419

19-02-03

**RICHMOND COUNTY SHERIFF'S OFFICE**
Sheriff Richard Roundtree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

# STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-08-15

Complainant's Name: Williams, Leon Race & Sex: B/M Age: ______

Home Address: 1101 Pine St Phone: [redacted]

City: Augusta State: GA Email: ______

Witness's Name: ______ Race & Sex: ______ Age: ______

Home Address: ______ Phone: ______

City: ______ State: ______ Email: ______

Date/Time Incident Occurred: 08/13/21 Location: ______

How Complaint was received: In Person ______ Phone ______ Email X Mail ______

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: ______

Deputy/Employee Involved: ______ Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On Thursday, September 2, 2021, Sgt. Kimberly Lee forwarded this complaint from Leon Williams on Deputy Leslie Gaiter. Williams complaint is Dep. Gaiter stops him on traffic stops for no reason or shows up when other deputies stop him. Williams suggested that Dep. Gaiter has had multiple encounters with him over the past several years, and Williams has made previous complaints on Dep. Gaiter. I reviewed the most recent traffic stop that Williams referenced on August 13, 2021. Dep. Gaiter stopped Williams on a traffic stop at the request of Inv. Richard Russell for a seatbelt violation. During the stop, the K-9 alerted on the vehicle, and Dep. Gaiter allowed assisting deputies to investigate the stop and search the vehicle. Williams was confrontational and argumentative towards the assisting deputies on scene. It was obvious on the video that Williams was confrontational and repeatedly asked Dep. Gaiter Why are you so nasty? Dep. Gaiter limited his contact with Williams, and while Dep. Gaiter was issuing a Seatbelt Violation remained professional. Williams referenced a traffic stop that occurred on October 28, 2020, where Inv. Michael McDonald stopped Williams on a traffic stop for a seatbelt violation. During the investigation, Inv. McDonald located illegal narcotics and called for assistance from the Crime Suppression Team. When Dep. Gaiter arrived, he realized that Williams was involved. Dep. Gaiter did not involve himself in the stop and did not initiate a conversation with Williams.

Supervisor/Investigative Comments.

Dep. Gaiter stated that after Williams was arrested and being escorted to a patrol car, Williams stated to him Oh you can t speak? In the two encounters that I am aware of where Dep. Gaiter has had contact with Williams it was after an investigator stopped Williams or an investigator requested a deputy stop Williams. I did not find where Dep. Gaiter was unprofessional or violated a department policy in either incident. The complaint was Not Sustained.

Disposition of Complaint: Not Sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A268 / A-11 Date: 09/09/2021

8/17/2021
1017

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 21-08-15

Complainant's Name: Leon Williams 6/11/1980 Race & Sex: [redacted] Age:

Home Address: 1101 Pine Street Phone: [redacted]

City: 30901 State: Email:

Witness's Name: Race & Sex: Age:

Home Address: Phone:

City: State: Email:

Date/Time Incident Occurred: 08/13/21 Location:

How Complaint was received: In Person ____ Phone X Email ____ Mail ____

Deputy/Employee Involved: Deputy Gaitor Deputy/Employee Involved:

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Pulling me over for no reason. Everytime he see vehicle or he comes to assist if someone else stops me.
last encounter was a traffic stop and recieved a ticket for seatbelt. Then asked to search vehicle, when I refused he called for K-9 said K-9 hit and searched vehicle. Stop was three ~~hors~~ hours. Deputy gaiter came to assist search

Supervisor/Investigative Comments.

Disposition of Complaint:

Complaint Received by: Unit# Date:

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-09-12

Complainant's Name: WALKER, Willie Race & Sex: BM Age: 59

Home Address: ______ Phone: [redacted]

City: ______ State: ______ Email: ______

Witness's Name: ______ Race & Sex: ______ Age: ______

Home Address: ______ Phone: ______

City: ______ State: ______ Email: ______

Date/Time Incident Occurred: 09/09/2021 1425hrs Location: Fenwick @ Tuttle

How Complaint was received: In Person ______ Phone X Email ______ Mail ______

Deputy/Employee Involved: Tarpley Deputy/Employee Involved: Gaiter

Deputy/Employee Involved: Leathers Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Nature of complaint: Profiling, Unprofessional Conduct

R.C.S.O. Case #21-258634

Walker stated he was stopped by the above listed deputies who told him they pulled him over because he pulled out in front of them. Walker claimed this was untrue and he was profiled because of his race and the appearance of his vehicle (Flashy rims, etc.). He stated that the deputies searched his car without consent. He stated that a B/M deputy got into his face in an aggressive manner and threatened to arrest him (Walker claimed the deputy was spitting in his face while he was berating him). Walker feels that the deputy was upset and yelling at him because he was mad that he didn't find anything from searching the car. Walker stated that he was issued a citation (At time of the complaint, the ticket is not yet in the system).

Supervisor/Investigative Comments.
I, Lt. Harold Hitchcock, attempted to contact Walker on 09/10/21 and 09/20/21, and a recording announced that the phone number was not available. I reviewed the BWC videos for the deputies involved. Walker states at the beginning of the stop "You want to search me and get it over with?" During the traffic stop, Walker makes comments in an attempt instigate an argument. Walker was stopped for a trafic violation, and the deputies did not stop Walker based his race or his car. The deputies invovled conducted their duties in a professional manner, and they did not violate policy.

Disposition of Complaint: Unfounded

Complaint Received by: Sgt. William McCarty Unit# B-15 Date: 09/10/2021

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**

Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064


## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-09-33

Complainant's Name: Wheeler, Anjanette Race & Sex: B/F Age: 43

Home Address: 4783 Billie J Dr Phone: [redacted]

City: Augusta State: GA Email: [redacted]

Witness's Name: ____ Race & Sex: ____ Age: ____

Home Address: ____ Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 09/25/21 2050 hrs Location: 148 Walker St.

How Complaint was received: In Person ____ Phone X Email ____ Mail ____

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: Flench

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On September 29, 2021, Sgt. Kimberly Lee emailed a complaint from Anjanette Wheeler on Dep. Leslie Gaiter to me. Wheeler s initial complaint was that deputies searched her vacant property and towed her vehicle without reason. Ms. Wheeler was out of town at the time of the incident. The incident occurred 09/25/21 at 2037 hrs, at 148 Walker St, and I reviewed the Case Report and the BWC for the deputies involved. Deputies observed several subjects loitering behind a vacant building smoking marijuana. During the investigation, deputies located a stolen firearm near where the subjects were located. The building was not properly boarded up, and deputies could plainly see several pieces of new lawn equipment inside the vacant building. Inv. David Perkins was familiar with recent cases involving the theft of new lawn equipment and seized the property for further investigation. The vehicle was not properly parked and was partially in the roadway and was towed. Ms. Wheeler was not familiar with the lawn equipment or the stolen firearm on her property, but was aware that her property was not properly boarded up.

Supervisor/Investigative Comments.

After explaining the reason for our actions, Ms. Wheeler understood and expressed that her complaint actually stemmed from the deputies not explaining this to her the night of the incident. I assured Ms. Wheeler that I would address this, and explain to the deputies involved the importance of communicating with all involved during their investigations. Ms. Wheeler was happy with the outcome of our conversation. Dep. Leslie Gaiter did not violate policy or act inappropriately.

Disposition of Complaint: Not sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A-11 Date: 09/29/21

9/29/2021
1318 hours

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 21-09-33

Complainant's Name: Anjanette Wheeler Race & Sex: B/F Age: 43

Home Address: 4783 Billie S. Dr 30909 Phone: [redacted]

City: Augusta State: GA Email: [redacted]

Witness's Name: Michael Underwood Jr Race & Sex: B/M Age: 17

Home Address: 220 Telfair St Phone:

City: Augusta State: GA Email:

Date/Time Incident Occurred: 25 Sept 21/8:50pm Location: 148 Walker St

How Complaint was received: In Person ____ Phone X Email ____ Mail ____

Deputy/Employee Involved: Garza Deputy/Employee Involved: French

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

My property was searched and one of my cars was taken without notice or Reason. Also, a Neighbor was taken and charged with Cruelty to animals

Supervisor/Investigative Comments.

Disposition of Complaint: ____

Complaint Received by: ____ Unit# ____ Date: ____

CASE #21-275320

Although I have always felt officers are largely undercompensated for the service work they provide, I firmly believe that officers must remember that they chose a service position. That being said, given my military service, lack of criminal record, public service & social standing in the community, I can ~~expect~~ to be addressed as sir. I am an air force academy appointee & my wife a prominent director of the areas largest hospital. The way that I was mocked, and scrutinized was absolutely uncalled for and I am considering civil action against some of the officers involved.

3/11/2019
@ 1115

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 19-03-07

Complainant's Name: Christopher Michael Foss Race & Sex: M Age: 47

Home Address: 106 Reed Creek Martinez GA 30907 Phone: [redacted]

City: Martinez State: GA Email: [redacted]

Witness's Name: Kellie Arleen Foss Race & Sex: Caucasian Female Age: 47

Home Address: Same as above Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 05/09/2018 2157 Location: ____

How Complaint was received: In Person X Phone wife had called brother in law Bill Jones Email ____ Mail ____

Deputy/Employee Involved: Gailey C272 Deputy/Employee Involved: various others 2 others specifically plain clothes sergeant ? Latin American Gentleman

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On the date in question, I was pulled over in my wifes vehicle. The vehicle had a cracked tail lens that was taped up but blinker & tail light functional. The previous month appr. 8 days previously a Columbia County officer advised by way of warning that said light was to be fixed but advised my wife and I had some time to replace the light. (Recently had light inspected by Columbia County officer and was told that it currently was not illegal & posed no safety risk) Light has been scheduled for replacement non-the-less. On said date I was pursued by officer Gailey from a considerable distance → over

Supervisor/Investigative Comments

Disposition of Complaint: ____

Complaint Received by: ____ Unit# ____ Date: ____

9/29/2021
1318 hours

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 21-09-33

Complainant's Name: Anjanette Whitfield Race & Sex: B/F Age: 43

Home Address: 4783 Billie S. Dr 30909 Phone: [redacted]

City: Augusta State: GA Email: [redacted]

Witness's Name: Michael Underwood Jr Race & Sex: B/M Age: 17

Home Address: 220 Telfair St Phone:

City: Augusta State: GA Email:

Date/Time Incident Occurred: 25 Sept 21/8:50pm Location: 148 Walker St

How Complaint was received: In Person ______ Phone X Email ______ Mail ______

Deputy/Employee Involved: Gatez Deputy/Employee Involved: Flench

Deputy/Employee Involved: ______ Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

My property was searched and one of my cars was taken without notice or Reason. Also, a Neighbor was taken and charged with Cruelty to animals

Supervisor/Investigative Comments:

Disposition of Complaint: ______

Complaint Received by: ______ Unit# ______ Date: ______

CASE #21-275320

RICHMOND COUNTY SHERIFF'S OFFICE
Sheriff Richard Roundtree
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

# STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 21-09-33

Complainant's Name: Wheeler, Anjanette Race & Sex: B/F Age: 43

Home Address: 4783 Billie J Dr Phone: [redacted]

City: Augusta State: GA Email: [redacted]

Witness's Name: ______ Race & Sex: ______ Age: ______

Home Address: ______ Phone: ______

City: ______ State: ______ Email: ______

Date/Time Incident Occurred: 09/25/21 2050 hrs Location: 148 Walker St.

How Complaint was received: In Person ______ Phone X Email ______ Mail ______

Deputy/Employee Involved: Leslie Gaiter Deputy/Employee Involved: Flench

Deputy/Employee Involved: ______ Deputy/Employee Involved: ______

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

On September 29, 2021, Sgt. Kimberly Lee emailed a complaint from Anjanette Wheeler on Dep. Leslie Gaiter to me. Wheeler s initial complaint was that deputies searched her vacant property and towed her vehicle without reason. Ms. Wheeler was out of town at the time of the incident. The incident occurred 09/25/21 at 2037 hrs, at 148 Walker St, and I reviewed the Case Report and the BWC for the deputies involved. Deputies observed several subjects loitering behind a vacant building smoking marijuana. During the investigation, deputies located a stolen firearm near where the subjects were located. The building was not properly boarded up, and deputies could plainly see several pieces of new lawn equipment inside the vacant building. Inv. David Perkins was familiar with recent cases involving the theft of new lawn equipment and seized the property for further investigation. The vehicle was not properly parked and was partially in the roadway and was towed. Ms. Wheeler was not familiar with the lawn equipment or the stolen firearm on her property, but was aware that her property was not properly boarded up.

Supervisor/Investigative Comments.

After explaining the reason for our actions, Ms. Wheeler understood and expressed that her complaint actually stemmed from the deputies not explaining this to her the night of the incident. I assured Ms. Wheeler that I would address this, and explain to the deputies involved the importance of communicating with all involved during their investigations. Ms. Wheeler was happy with the outcome of our conversation. Dep. Leslie Gaiter did not violate policy or act inappropriately.

Disposition of Complaint: Not sustained

Complaint Received by: Lt. Harold Hitchcock Unit# A-11 Date: 09/29/21

On March 10th 2019, I Corporal Billy Jones was made aware of a traffic stop by Deputy Leslie Gaiter on a Christopher Foss. Mr. Foss was stopped for a traffic violation after leaving the Days Inn Hotel on Wheeler Rd.

On March 9th 2019, Mr. Foss called and spoke with Deputy Martinez in reference to this traffic stop and his displeasure with the result.

On March 10th 2019, I spoke to Mr. Foss at approximately 1330 hours for approximately 30 minutes via phone and at the end of the conversation Mr. Foss was content and wanted nothing else done. I advised him to repair the equipment violation and when he goes to court have or show proof to the judge of the repair. I also informed Mr. Foss of issues involving narcotics and prostitution in the rear of the hotel. Mr. Foss seemed to be happy at the end of the phone call. Mr. Foss was mainly upset over the citation he received in Richmond County after the Columbia County Sheriff's Office issued him a warning for the same violation a month prior.

On March 10th 2019, I spoke to Mr. Foss again at approximately 1430 hours. Mr. Foss called dispatch back and I spoke with him once again for approximately 30 minutes.. Mr. Foss once again went back through all of the same events and said the same thing to me once again. At the end of the conversation Mr. Foss once again seemed content and happy at the end of the phone call. Mr. Foss was mainly upset over the citation he received in Richmond County after the Columbia County Sheriff's Office issued him a warning for the same violation a month prior.

On March 10th 2019 Mr. Foss called dispatch once again to speak with Deputy Gaiter and Mr. Foss apologized to Deputy Gaiter then hung up on him.

On March 11th 2019, Mr. Foss contacted Internal Affairs in reference to this traffic stop.

On March 18th, I Corporal Billy Jones attempted to call Mr. Foss on two different occasions to speak with him and on both occasions his phone went to voicemail.

After speaking with all deputies on scene and speaking with Mr. Foss several times I find this complaint to be unfounded and not valid.

Cpl. Billy Jones
031819

I determined that the videos refute Smith's complaints. I spoke with Smith on May 11, 2022, via telephone and explained to her what I saw in the videos. Smith stated that deputies stopped her because she is black, and she will take her lawyer and Black Lives Matter to court with her. Smith ended the call. After reviewing videos and talking to the complainant, I have determined that the deputies did not act inappropriately or violate policy. The complaint is Not Sustained.

Lt. Harold Hitchcock A268/A-11

# 19-03-07

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control #: 19-03-07

Complainant's Name: Christopher Michael Foss Race & Sex: M Age: 47

Home Address: 106 Reed Creek Martinez GA 30907 Phone: [redacted]

City: Martinez State: GA Email: [redacted]

Witness's Name: Kellie Arleen Foss Race & Sex: Caucasian Female Age: 47

Home Address: Same as above Phone:

City: State: Email:

Date/Time Incident Occurred: 03/09/2019 2157 Location:

How Complaint was received: In Person X Phone Billy JONES (wife had called brother in law) Email Mail

Deputy/Employee Involved: Gaiter C272 Deputy/Employee Involved: various others 2 others specifically plain clothes sergeant? & Latin American Gentlem

Deputy/Employee Involved: Deputy/Employee Involved:

Give a brief narrative of events that lead to the complaint You may add additional sheets if necessary.

ON the date in question, I was pulled over in my wifes vehicle. The vehicle had a cracked tail lens that was taped up but blinker & tail light functional. The previous month aprx. 8 days previously a columbia county officer advised by way of warning that said light was to be fixed but advised my wife and I had some time to replace the light. (Recently had light inspected by columbia County officer and was told that it currently was not illegal & posed no safety risk) Light has been scheduled for replacement non-the-less. On said date I was pursued by officer Gaiter from a considerable distance → over

Supervisor/Investigative Comments

SEE PAGE #4

Complaint unfounded

Disposition of Complaint: Unfounded

Complaint Received by: Cpl. Billy JONES Unit# C-23 Date: 03/8/19

3.14.2019
1011

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 19-03-10

Complainant's Name: Carlyetta Jones Huff Race & Sex: B F Age: 38

Home Address: 4443 J. J. Kelly Dr. Phone: [redacted]

City: Hephzibah State: GA Email: [redacted]

Witness's Name: ____ Race & Sex: ____ Age: ____

Home Address: ____ Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 3/14/19 Location: Washington Rd

How Complaint was received: In Person ✓ Phone ____ Email ____ Mail ____

Deputy/Employee Involved: L. Gaiter Deputy/Employee Involved: ____

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

Pulled over for hands free violation but I was not on the phone (not to my ear). Using bluetooth stated I changed it when pulled over. Car screen showed on call for 14 minutes. Got agitated when I asked him a question and stated he was going to give me a warning but is now giving me a ticket. Screen clearly showed I was on bluetooth.

Supervisor/Investigative Comments.

Disposition of Complaint: NOT Sustained

Complaint Received by: Sgt. K. Lee Unit# B-14 Date: 03152019

5/30/2019
212

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

## STANDARD COMPLAINT FORM

Your complaint will be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Office. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Office at (706) 821-1004.

Complaint Control # 19-05-64

Complainant's Name: Jantseney Carter Race & Sex: ____ Age: ____

Home Address: 2003 Sterling Ridge Drive 30909 Phone: [redacted]

City: Augusta State: GA Email: ____

Witness's Name: ____ Race & Sex: ____ Age: ____

Home Address: ____ Phone: ____

City: ____ State: ____ Email: ____

Date/Time Incident Occurred: 5/26/2019 @ 9 Location: 1000 Sterling Ridge Drive (pool)

How Complaint was received: In Person ____ Phone X Email ____ Mail ____

Deputy/Employee Involved: L. Gaitor Deputy/Employee Involved: ____

Deputy/Employee Involved: ____ Deputy/Employee Involved: ____

Give a brief narrative of events that lead to the complaint. You may add additional sheets if necessary.

@ pool with boyfriend and a guest between hours of 9:00pm 9:15pm pool closed @ 10. Deputy Gaitor came to pool area and told them he was closing the pool early. Attempted to explain to Deputy Gaitor that pool closed @ 10. Advised they did get out of pool but had conversations between themselves about paying for services @ apt. but not being able to be @ pool. Deputy Gaitor made rude comments to them and walked behind them, also threatened to arrest and charge boyfriend with disorderly. 19-193600

Supervisor/Investigative Comments.

Sgt. Lee reviewed BWC video of incident. No violations noted.

Left messages with complex to inquire about Deputy Gaitor's job performance and any other complaints complex may have had.

Disposition of Complaint: Not Sustained

Complaint Received by: Sgt. Kimberly Lee Unit# B14 Date: 06142019

# Exhibit D

K9 Report
K9 Certs

Richmond County Sheriff's Office
Region III K-9 Task Force
Canine Incident Report

| Date | Time Of Search | Time Of Call | Weather | Case Number |
|---|---|---|---|---|
| 091323 | 1523 | | Clear | 23-174960 |
| Location | | | Dog Bite:Yes | Detection Team Responding |
| Windsor Spring Rd at Tobacco | | | No XXXX | Joseph Hawkins / Gajes |
| Arrest | Suspects Name/Addresses | | DOB | Description |
| | | | | |

Additional Suspects Name/Addresses

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Drug Type Detected | 1.Crack | | 4.Methamphetamine | XX | Location: 1.House | | OPEN AREA | |
| | 2.Heroin | | 5.Marijuana | XX | 2.Vehicle | XX | 4.Package | |
| | 3.Cocaine | | | | | | | |
| Explosive Type Detected | Type: 1 | | | | Location: 1.House | | 3.Other | |
| | 2 | | | | 2.Vehicle | | 4.Package | |
| | 3 | | | | | | | |
| Building Search | Area Searched : 1.Open Field | | 3.W/House | | Building Surface Type 1.Concrete | | 3.Wood | |
| | 2.Residential | | 4.Other | | 2.Carpet | | 4.Other | |
| Area Search | Area Searched : 1.Open Field | | 3.Wooded | | Weather: 1.Dry | | Wind Cond./Direction 3.Wet | |
| | 2.Residential | | 4.Other | | 2.Rain | | Wind Direction | |
| Track | Area: 1. Residential | | 3.Rural | | Type of Scent Article: 1.Cloth | | 3.None | |
| | 2.Commercial | | 4.Other | | 2.Metal | | 4.Other | |
| Surface Condition | 1.Dry | XX | 3.Rain | | Approximate Age of Track: | | | |
| | 2.Wet | | 4.Other | | | | | |
| Assistance to Another Agency: | | | | | Wind Condition/Direction: | | | |
| 1.State | | | 3.City | | | | | |
| 2.County | | | 4.Other | | | | | |
| Reason for Dog Biting: | 1.Officer Protection | | 2.Felony Apprehension | | | | 3.Accidental | |

Narrative:
On 09-13-23 at 1523 hours, Detection Team (Hawkins/Gajes) assisted Dep. Morton on a traffic stop at Windsor Spring Rd at Tobacco. Gajes gave an odor response (RS) to a White Grand Marquis SC Tag: WXZ714. 2x Oxy pills, 2 grams Meth, and 10 grams Marijuana were located inside the vehicle. BWC is available.

| Reporting Officer: | Search Number: | Approving Supervisor: |
|---|---|---|
| Joseph Hawkins C223 / K-2 | | |

**Chatham County Regional K-9 Resource Team**
**Georgia K-9 Training Facility**
**1050 Carl Griffin Drive**
**Savannah, Georgia 31405**

**Working Dog Certification**

| | |
|---|---|
| **Working Dog:** | GAJAS |
| **Identification Number:** | N/A |
| **Detection Odor:** | Marijuana, Cocaine, Crack Cocaine, Heroin, Meth, Black Tar Heroin |
| **Certification Rate:** | PASS |
| **Assigned Handler's Name:** | Joseph Hawkins Jr. / Richmond County Sheriff's Office |

**I certify this document true and correct as of November 28, 2022.**

CHATHAM COUNTY REGIONAL K-9 RESOURCE TEAM
K-9
STATE OF GEORGIA

**Lieutenant Jason Livie**
**Instructor**

**Corporal Derrick Frink**
**Instructor**

**Note: This certification is valid for a period of one year from the above date. Responsibility for training documentation is with the assigned handler. Failure to maintain documentation of continued training will impact on the Certification rate. This document is valid only for the listed working dog and assigned handler.**

**Sworn to and Subscribed before me:**
**On this** 28th **Day of** November **, 2022.**

Betty J. Harper
(Notary)

BETTY JOY HARPER
NOTARY
EXPIRES
GEORGIA
NOVEMBER 4, 2023
PUBLIC
CHATHAM COUNTY

# THE UNITED STATES POLICE CANINE ASSOCIATION, INC.

# CERTIFICATE OF CERTIFICATION

NARCOTICS DETECTION

MEETING IN SEMINAR AT AIKEN, SC

ON THE 25th DAY OF FEBRUARY 20 23 DOES HEREBY CERTIFY

THAT JOSEPH HAWKINS, JR. AND THEIR POLICE DOG GAJES

HAVE BEEN TESTED UNDER THE STANDARDS, SET FORTH BY THE UNITED STATES POLICE CANINE ASSOCIATION, INC. AND HAVE ACHIEVED THE DESIRED RATING OF EXCELLENCE THERIN.

PRESIDENT

CHIEF JUDGE

# Exhibit E

# Employee Comprehensive Report

Police Trak Systems
A Division of EMCS, Inc.
PO BOX 350057
Jacksonville, FL 32235-0057
Phone: 904-738-8048 Fax: 904-220-9796

Printed: July 20, 2023

## CONFIDENTIAL EMPLOYEE RECORD - AUTHORIZED DISTRIBUTION ONLY



**Hawkins, Joseph Jr.**

ID: 16255 Badge #:

SSN: DOB: / / Race: W Sex: M

DL #: State: Expires: / /

Division: Unit: Hire Date: 08/03/2013

Education Level:

---

Report of Involvement in Internal Cases Follows.

**Hawkins, Joseph Jr.**

## Allegations

| IA Case # | Date | Allegation | Finding |
|---|---|---|---|
| II23-07-30 | 07/08/2023 | Fail. to oper. veh. in compl. with policy and law ~ Policy 3.7-1 (10.3) | Sustained |
| **Action Taken:** | Written Warning | | |
| **Details:** | Remedial EVOC | | |
| IA22-08-02 | 08/01/2022 | Manner of Conduct - Certified (A,B,C) ~ Policy 3.7-1 (4.4.1) | Not - sustained |
| **Action Taken:** | No Action Necessary | | |
| **Details:** | Lt. Hitchcock reviewed and determined not to be sustained | | |
| II21-07-18 | 07/22/2021 | Manner of Conduct - Certified (A,B,C) ~ Policy 3.7-1 (4.4.1) | Unfounded |
| **Action Taken:** | No Action Necessary | | |
| IA19-11-20 | 11/25/2019 | Manner of Conduct - Certified (A,B,C) ~ Policy 3.7-1 (4.4.1) | Not - sustained |
| **Action Taken:** | No Action Necessary | | |
| **Details:** | Sgt. Michael Lewis reviewed and determined Not Sustained | | |
| II18-02-21 | 02/15/2018 | Insubordination (A,B,C) ~ Policy 3.7-1 (4.27) | Sustained |
| **Action Taken:** | Suspended | | |
| **Details:** | 1 day suspension/Insubordination | | |

Total Allegations: 5

**Notes:**

No Notes

 23-07-30

# Richmond County Sheriff's Office
# Disciplinary Report

**DEPUTY:** Joseph Hawkins **EMPLOYEE ID:** 16255
**DATE OF VIOLATION:** 7/8/23
**VIOLATION OF S.O.P. #:** Patrol Vehicle At Fault Accident 5.2-10.1

On 07/08/23 at 1726 hrs, Dep. Joseph Hawkins was involved in an at-fault accident. The vehicle that Dep. Hawkins was traveling behind had to stop suddenly for traffic, and Dep. Hawkins was unable to stop, striking the rear of the stopped vehicle. This is Dep. Hawkins' first at-fault accident in 36 months. Dep. Hawkins is scheduled to attend Remedial EVOC on September 7-8, 2023.

**DISCIPLINARY ACTION INITIATED BY:** Written Warning and Attend Remedial EVOC

**DATE:** 7/10/23

**PROPOSED ACTION:** Lt. Harold Hitchcock A268/A-11

| **REVIEWED BY: (IF APPLICABLE)** | | | | | **Recommendation** |
|---|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **SERGEANT:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **LIEUTENANT:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **CAPTAIN:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **MAJOR:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **COLONEL:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **CHIEF DEPUTY:** | | **DATE:** | ☐ Agree | ☐ Disagree | |
| **SHERIFF:** | | **DATE:** | ☐ Agree | ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** [signature]

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000 Fax: 706.821.1064

ORIGINAL
18-02-21

**DEPUTY:** Joseph Hawkins **EMPLOYEE ID:** 16255, C223
**DATE OF VIOLATION:** 021518
**VIOLATION OF S.O.P. #:** Insubordination 4.27

On today's date around 1845 hours I Lt. Silas drove up on a wreck at Peach Orchard Road and Bloomingdale Street. There were no other units on scene so I advised dispatch that I was out with it. The wreck was in the north bound lanes with two of the lanes being blocked. I noticed as I pulled up that there was extensive damage to both vehicles and that they were not driveable. After checking for injuries I spoke with both drivers who advised they did not know who they wanted to tow their vheicle so I called for the list wrecker. While speaking with them Deputy Hawkins arrived and as he exited his vehicle I could tell he seemed to be a little agitated. I began to explain to him what I had and he immediately went to go talk with the drivers. I told him that I had called for the
'List" wrecker and he told me if I had done that then I could handle the wreck. I attempted to tell him why I had done it and he went back to his car. At no point would he listen to me or talk to me further about the wreck. Due to heavy traffic I began directing traffic until a zone 5 unit relieved me and I left the scene. I notified Cpl. Schaffer, his immediate supervisor and explained the situation to him. He advised that Deputy Hawkins has an issue on how he talks to people.

Review by Lt. Mike D'Amico - I find that Dep. Hawkins' actions toward Lt. Silas at the accident scene mentioned were rude and unprofessional - particularly with civilians present it shows this agency in a negative light. Dep. Hawkins' behavior was not in keeping with the highest standards we expect from our officers - his conduct toward a superior officer in this case was disrespectful and unacceptable. BWC footage available.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Robert Silas A964/A19

**DATE:** 021518

**PROPOSED ACTION:** suspension - one day (8 hours) G. M. D'Amico [signature]

**REVIEWED BY: (IF APPLICABLE)**
**MAJOR:** ____ **DATE:** ____ ☐ Agree ☐ Disagree
**COLONEL:** ____ **DATE:** ____ ☐ Agree ☐ Disagree
**CHIEF DEPUTY:** ____ **DATE:** ____ ☐ Agree ☐ Disagree
**SHERIFF:** ____ **DATE:** ____ ☐ Agree ☐ Disagree

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** [signature]

**DEPUTY:** Joseph Hawkins **EMPLOYEE ID:** 16255

**DATE OF VIOLATION:** 7/8/23

**VIOLATION OF S.O.P. #:** Patrol Vehicle At Fault Accident 5.2-10.1

On 07/08/23 at 1726 hrs, Dep. Joseph Hawkins was involved in an at-fault accident. The vehicle that Dep. Hawkins was traveling behind had to stop suddenly for traffic, and Dep. Hawkins was unable to stop, striking the rear of the stopped vehicle. This is Dep. Hawkins' first at-fault accident in 36 months. Dep. Hawkins is scheduled to attend Remedial EVOC on September 7-8, 2023.

**DISCIPLINARY ACTION INITIATED BY:** Written Warning and Attend Remedial EVOC

**DATE:** 7/10/23

**PROPOSED ACTION:** Lt. Harold Hitchcock A268/A-11

| **REVIEWED BY: (IF APPLICABLE)** | | | | | **Recommendation** |
|---|---|---|---|---|---|
| **CORPORAL:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **SERGEANT:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **LIEUTENANT:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **CAPTAIN:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **MAJOR:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **COLONEL:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **CHIEF DEPUTY:** | | **DATE:** | | ☐ Agree ☐ Disagree | |
| **SHERIFF:** | | **DATE:** | | ☐ Agree ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:**