ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TAMEKA WALKER,
Plaintiff,

v.

DEPUTY MICHAEL MORTON, et al.,
Defendants.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUG 28 2026
FILED

Civil Action No. 1:25-cv-00100-JRH

---

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Plaintiff Tameka L. Walker, proceeding pro se, respectfully moves this Court for leave to file a Sur-Reply in response to Defendants' Reply Brief in Support of Their Motion for Summary Judgment (Doc. 53). Pursuant to Local Rule 7.6, Plaintiff seeks this leave because Defendants' Reply Brief introduces new arguments and factual characterizations that were not presented in their initial Motion for Summary Judgment. Addressing these new matters is essential to providing the Court with a complete and accurate record for its summary judgment analysis.

Courts routinely grant leave to file sur-replies when a reply brief introduces new dispositive arguments that go beyond a fair response to the opposition. See Tardif v. People for the Ethical Treatment of Animals, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011).

---

**STATEMENT OF GOOD CAUSE**
A sur-reply is warranted to address the following issues raised for the first time in Defendants' Reply:

1. **New Arguments Regarding "Abandoned Claims."** Defendants improperly assert that Plaintiff abandoned multiple claims. A sur-reply is necessary to correct this misstatement and direct the Court to the record evidence supporting these claims.
2. **Mischaracterization of Deposition Testimony.** Defendants rely on selective excerpts of Plaintiff's testimony to claim she conceded the stop was not prolonged. A sur-reply is required to clarify the record and present the controlling video evidence.
3. **New Reliance on Official Immunity.** Defendants argue for the first time that Plaintiff's testimony regarding "ill will" precludes a finding of actual malice. This new legal argument requires a response to prevent unfair prejudice.

4. **New Monell Arguments.** Defendants introduce new factual assertions regarding pattern evidence and Plaintiff's knowledge of other incidents that misstate the Monell standard and the record.

CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the Sur-Reply, attached hereto as Exhibit A.

Respectfully submitted this 28th day of August, 2026.

/s/ Tameka L. Walker
TAMEKA L. WALKER, Pro Se
2301 Summit Court
Augusta, Georgia, 30906
Walkertameka70@gmail.com
(706) 830-9938

---